Hon. Lauren King

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SEATTLE, a municipal Corporation; BRUCE HARRELL, in his official capacity as the Mayor of the City of Seattle, <br><br> Defendants. | Civil Action No. 2:22-cv-01640-LK <br><br> **SUMMONS RETURNED EXECUTED** |

I, Brien P. Bartels, declare as follows:

I am a resident of Washington State, am not a party to the above action, am 18 years old or older, and am employed by Pacific Legal Foundation, which is headquartered in Sacramento, California. I work remotely in Tacoma, Washington.

On January 17, 2023, I arranged for a process server to deliver the Summonses, Complaint, Dkt. # 1 (with exhibits), and the Standing Orders of Judge King (Dkt # 3 and 4) to the Defendants City of Seattle and Mayor Bruce Harrell.

The documents were served on the City and Mayor on January 18, 2023, as attested by the attached Proofs of Service.

Summons Returned Executed - 1
2:22-cv-01640-LK

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*

I declare under penalty of perjury that the preceding is true and correct and that this declaration was executed this 19th day of January, 2023, in Tacoma, Washington.

SIGNED:

_____
Brien P. Bartels
Legal Secretary

Summons Returned Executed - 2
2:22-cv-01640-LK

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*