AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-01640-LK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Bruce Harrell, Mayor of Seattle**
was recieved by me on **1/17/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jaci Dahlvang**, who is designated by law to accept service of process on behalf of **Bruce Harrell, Mayor of Seattle 01/18/2023**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  01/18/2023

_____
*Server's signature*

**Timothy Peterson**
*Printed name and title*

**521 STADIUM PLACE S
SEATTLE, WA 98104**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jaci Dahlvang who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**




Tracking #: **0099609219**