

**EXHIBIT - 8**



**Why Lead with Race?**

*Challenging Institutional Racism to Create an Equitable Society for All*

The City of Seattle and the Seattle Office for Civil Rights challenge many forms of oppression, including racism, sexism, heterosexism, ableism and many others. The Race and Social Justice Initiative (RSJI) focuses on eliminating institutional racism and racial inequity. We are sometimes asked, "Why lead with race?" RSJI leads with race because of:

1. The pervasive and deep disparities faced by people of color. We recognize that challenging institutional and structural racism is essential if we are to support the creation of a just and equitable society;
2. The many years of community organizing that demanded the City to address racial inequity. To this end, we recognize the necessity of supporting all communities in challenging racism; and
3. The necessity of focus. We recognize that efforts to eliminate racism are essential to achieving an equitable society, and that those efforts by themselves are insufficient. We "lead with race," and are also working on institutionalized sexism, heterosexism, ableism and other oppressions.

*Why focus on institutions?*

RSJI focuses on institutional racism because we recognize that while individual racism deserves our attention, for long term change to take place, it is necessary to elevate the discussion to how eliminating institutional racism can help lead to racial equity.  By focusing on policies, practices and programs which advantage white communities while disadvantaging communities of color, we are able to better impact racial inequities.

Just as institutions work to the benefit of white people, they also work to the benefit of men, heterosexuals, non-disabled people and so on. We understand how critical it is to address all social justice issues, and that an institutional approach is necessary across the board. The definitions and tools we use to eliminate institutional racism can also be used to eliminate institutional sexism, heterosexism, ableism and other oppressions. As we deepen our ability to eliminate racial inequity, we will be better equipped to transform systems and institutions towards collective liberation for all.

*What about people experiencing multiple oppressions?*

All historically disadvantaged groups – people of color, lesbians, gay men, people who are transgendered, women, people with disabilities, low-income households, to name a few – experience systemic inequity.  Many people and communities live at the intersection of these identities, for example lesbians of color, experiencing multiple inequities at once. By centering on race and using tools that can be applied across oppressions, we increase the ability of all of us to work for equity.

*Are you saying racism is worse than other oppressions?*

No. We know that racism is deeply embedded in the institutions in this society leading to inequities in all major indicators of success and wellness. We must look at how this country was founded on the attempted genocide of Native people and the enslavement of African people. This legacy was institutionalized in all aspects of our society, and continues to create racialized impacts born from structural policies, practices and procedures, often unintentionally.  In fact, race is consistently a primary indicator of a person's success and wellness in society.

By focusing on race and racism, we recognize that we have the ability to impact all communities, including addressing the impacts of racism on LGBTQ people of color.  We are prioritizing an anti-racist strategy in order to create an equitable society for all. This prioritization is not based on the intent to create a ranking of oppressions (i.e. a belief that racism is "worse" than other forms of oppression).  For an equitable society to come into being, we need to challenge the way racism is used as divisive issue keeping communities from coming together to organize for change.

While the RSJI leads with race, we recognize that all oppressions are perpetuated by the interplay of institutions, individuals, and culture operating amidst the weight of history.  For all people and communities to experience liberation, we must transform all aspects of our society.

*I am focusing on addressing another form of oppression (for example, heterosexism, sexism, etc.).  How does RSJI address these?*

It is important that we all are committed to ending oppression to create an equitable society.  It is crucial that as we prioritize our strategies, we maintain an approach that recognizes that all oppressions are inter-connected.  Racism is one barrier keeping all marginalized communities from uniting to work towards their own liberation.

Recognizing the structural interplay between all oppressions, RSJI has supported many communities in addressing issues of racial justice and the inter-relationship between racism and other forms of oppression.  RSJI has done workshops and presentations for a wide range of communities, including women, LBGTQ, people with disabilities, and so on. We continue to leverage resources to challenge all forms of oppression to create an equitable and just society for all.

*I am primarily focused on addressing another form of oppression, but am supportive of efforts to eliminate racial inequities as well…How can I be supportive of RSJI?*

For City of Seattle employees, we encourage you to:  join or actively support your department's RSJI Change Team; attend RSJI sponsored trainings and events; insure that the Racial Equity Toolkit is implemented in your department and in your community; get to know your department's RSJI workplan and how you can help with implementation.

Whether a City employee or not, intentionally center the experiences and perspectives of people and communities of color as you do work towards ending oppressions other than racism. Strengthen your ability to understand how racism intersects with other forms of oppression and privileges, and how policies might have unintended consequences for communities of color. Support the efforts of the Race and Social Justice Community Roundtable in ending racial inequity in Seattle.



Why aren't white folks in BIPOC Affinity spaces? So I look forward



0:41 / 7:20 • Introduction

## P-Patch Anti-Racism Learning Library: BIPOC Affinity Space

Seattle Department of Neighborho...
144 subscribers

**Subscribe**    👍 5    👎    Share    Save    •••

136 views  1 year ago
P-Patch Community Gardening Anti-racism Learning Library: BIPOC Affinity Space.
Created by Beyond Thinking and Hummingbird Community Cooperation,
Casey Tonnelly, Karimah Edwards,  Show more



# Cultivating Inclusive Communities

**Casey Tonnelly**
Beyond Thinking

**Karimah Edwards**
Hummingbird Community Cooperation

#  Shared Learning (Community) Agreements

- **Together we know a lot;** alone we don't know it all.
- **Center People of Color:** We deliberately take action to acknowledge and center people of color, and the diversity that exists within the spectrum of our present-day work, and we give reverence to that strength, resilience and talent without appropriation.
- **Make space: We will invite BIPOC gardeners to speak first. This includes sharing thoughts, ideas, experiences, and asking questions. If time allows, white participants will be invited to share.**
- **Liberation as a focus:** we aim to create a space where people can show up fully in who they are, how they are. We commit to healing, self-awareness and service to others.
- **De-Center Whiteness:** We openly acknowledge the history of oppression in the U.S, and consciously prioritize the leadership of Black, Indigenous, and People of Color, queer and trans people, people with different body sizes, and people living with disabilities.
- **Lean into discomfort,** it's how we grow.
- **Multiple Truths:** We acknowledge that there are multiple and concurrent truths everywhere, all the time. Using the "both/and" framework, we recognize that all truths can exist, support and conflict with each other in the same space.

2

## Meeting Logistics

- Rev and Closed Captioning
- Zoom Tips on computers
- Zoom Tips on your phone
- No Breakout Rooms
- Zoom Driver



3



# Reflection Question

I garden because................





# P-Patch Community Gardens



# Harms in the P-Patch Community Gardens



# Micro-Aggressions

Microaggression is a term used for brief and commonplace daily verbal, behavioral or environmental slights, whether intentional or unintentional, that communicate hostile, derogatory, or negative attitudes toward stigmatized or culturally marginalized groups.

Below are a few of the micro-aggressions faced by Black gardeners, Indigenous gardeners, and gardeners of color

- "Who are you?!"
- "Where are you from? No, where are you really from?"
- "I cannot believe your garden looks so good, I mean, you are so young!"

7

- "That idea won't work, we have never done it that way!"
- "Do you even belong here?"
- "I have been here for X years, you can't do that!"
- Intrusive behaviors and questioning
- Avoidant behaviors



8

# Bystander Intervention

- Distract
- Delegate
- Delay
- Direct
- Document



#  Fostering Inclusion and Belonging

- Understand your lens and biases
- Understand and accept that diverse gardeners have diverse needs, tools, ways of gardening, and what is planted
- Understand and accept there are multiple lived realities
- Welcome others into garden space (even when you do not know them)
- Approach folx with curiosity instead of judgement
- Communicate in a variety of ways
- What else?

10



# Calling in vs. Calling Out

*Accountability vs. Cancel Culture*

- Halle Berry
- Micheal B. Jordan

- Harvey Wienstien
- Jeffery Epstein

Calling in: If you call someone in, you circle back to a hurtful or oppressive comment they made in private.

Calling out: If you call someone out, **you let them know their comment was hurtful in a public space**.

11

# Thanks!

## Reflections, Invitations, Gratitude, and Practice



### Any questions?

You can find us at:

www.beyondthinkingwithcasey.com

karimah@hummingbirdcoop.com

12