IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual, ) | |
| ) | Civil Action No. 2:22-cv-01640-LK |
| Plaintiff, ) | |
| ) | |
| v. ) | **DECLARATION OF SERVICE OF** |
| ) | **PLAINTIFF'S FIRST AMENDED** |
| THE CITY OF SEATTLE, a municipal ) | **COMPLAINT** |
| Corporation; BRUCE HARRELL, in his ) | |
| official capacity as the Mayor of the City of ) | |
| Seattle, ) | |
| ) | |
| Defendants. ) | |

I, Brien P. Bartels, declare as follows:

I am a resident of Washington State, am not a party to the above action, am 18 years old or older, and am employed by Pacific Legal Foundation, which is headquartered in Sacramento, California. I work remotely in Tacoma, Washington.

On January 20, 2023, I arranged for a process server to deliver the Plaintiff's Amended Complaint, Dkt. # 11 (with Exhibits 1–15), to the Defendants City of Seattle and Mayor Bruce Harrell.

The documents were served on the City and Mayor on January 24 and 25, 2023, as attested by the attached Proofs of Service.

Decl. of Serv. of FAC - 1
2:22-cv-01640-LK

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*

I declare under penalty of perjury that the preceding is true and correct and that this declaration was executed this 26th day of January, 2023, in Tacoma, Washington.

SIGNED:

_____
Brien P. Bartels
Legal Secretary

Decl. of Serv. of FAC - 2
2:22-cv-01640-LK

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*