The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>THE CITY OF SEATTLE, a municipal corporation; BRUCE HARRELL, in his official capacity as the Mayor of the City of Seattle,<br><br>                Defendants. | No. 2:22-CV-01640-LK<br><br>**NOTICE OF APPEARANCE OF SHEEHAN SULLIVAN, VICTORIA M. SLADE, AND DARRAH N. HINTON**<br><br>[Clerk's Action Required] |

**TO:**         **JOSHUA A. DIEMERT, Plaintiff**

**AND TO:**   **BRIAN T. HODGES, LAURA M. D'AGOSTINO, ANDREW R. QUINIO, and PACIFIC LEGAL FOUNDATION, Plaintiff's Counsel of Record**

PLEASE TAKE NOTICE that Sheehan Sullivan, Victoria M. Slade, and Darrah N. Hinton of Davis Wright Tremaine LLP hereby appear on behalf of The City of Seattle and Bruce Harrell, Defendants in the above-entitled action, and request that all future papers or pleadings, except original process, be served upon the undersigned attorneys at the address below stated. This Notice shall not serve as a waiver of any defenses under Federal Rule of Civil Procedure 12, all of which are expressly reserved.

///

///

///

NOTICE OF APPEARANCE OF SHEEHAN SULLIVAN, VICTORIA M. SLADE, AND DARRAH N. HINTON - 1
(2:22-CV-01640-LK)
4870-0546-6447v.2 0050033-006645

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED this 7th day of February, 2023.

        DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants The City of Seattle and Bruce Harrell*

By   */s/ Sheehan Sullivan*
    Sheehan Sullivan, WSBA #33189
    Email:  sulls@dwt.com

By   */s/ Victoria M. Slade*
    Victoria M. Slade, WSBA #44597
    Email:  vickyslade@dwt.com

By   */s/ Darrah N. Hinton*
    Darrah N. Hinton, WSBA #53542
    Email:  darrahhinton@dwt.com

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  206.622.3150
Fax:  206.757.7700

NOTICE OF APPEARANCE OF SHEEHAN SULLIVAN, VICTORIA M. SLADE, AND DARRAH N. HINTON - 2
(2:22-CV-01640-LK)
4870-0546-6447v.2 0050033-006645

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

| | |
|---|---|
| **PACIFIC LEGAL FOUNDATION**<br>*Attorneys for Plaintiff:*<br><br>**Brian T. Hodges, WSBA #31976**<br>1425 Broadway, Suite 429<br>Seattle, WA  98122<br>Telephone:  425.576.0484<br>Email:  bhodges@pacificlegal.org<br><br>**Laura M. D'Agostino, Virginia Bar #91556**<br>*Admitted Pro Hac Vice*<br>3100 Clarendon Boulevard, Suite 1000<br>Arlington, VA  22201<br>Telephone:  916.503.9010<br>Email:  ldagostino@pacificlegal.org<br><br>**Andrew R. Quinio, California Bar #288101**<br>*Admitted Pro Hac Vice*<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA  95814<br>Telephone:  916.419.7111<br>Email:  aquinio@pacificlegal.org | ☐ Via Legal Messenger<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Federal Express<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☒ **Via Court ECF** |

Declared under penalty of perjury under the laws of the State of Washington.

DATED at Renton, Washington this 7th day of February, 2023.

*/s/ Greta Nelson*
Greta Nelson, Legal Assistant
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  206.622.3150
Email:  gretanelson@dwt.com

---

NOTICE OF APPEARANCE OF SHEEHAN SULLIVAN, VICTORIA M. SLADE, AND DARRAH N. HINTON - 3
(2:22-CV-01640-LK)
4870-0546-6447v.2 0050033-006645

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax