# ATTACHMENT 1

### Decision After July 12, 2017 Meeting

**Diemert, Joshua** <Joshua.Diemert@seattle.gov>
Thu 7/13/2017 10:21 AM
**To:** Inay, Tina <Tina.Inay@seattle.gov>

Good Morning,

After yesterday's meeting, I have decided that I will no longer participate so I don't offend Fabiola Arvizu anymore with any "mansplaining'. I have found that it is acceptable to shut down the input and public discourse of the male employees in the city using this sexist language so find it best to conform so that I can continue working for the city. This is not the first time, nor do I expect it to be the last because this type of divisive and discriminatory talk is accepted in the city of Seattle and I have found the trend has only become worse. This is not the first time I have dealt with the increased discrimination in the city. During the department introductions this last summer when UDP joined YFE, a senior YFE co-worker introduced himself and condescendingly asked "What do you have to offer our city as a white, straight, male?" This last Fall under Gloria Hatcher-Mayes leadership, as OOC Senior PIR, I was corrected by management after I reprimanded an employee for denying an eligible client whom when asked why she was denying him, was shocked when met with the response "white male privilege". The lack of concern for this blatant discrimination from past management and a valid fear of retribution has led me to believe that I should be silent so not to disrupt the city of Seattle status quo. Next time, instead of waiting until the end of the meeting to complain that the meeting was just a lot of 'mansplaining', please have someone interrupt and stop us up front so we know our place.

No, I don't need mediation. Mediation would only validate the acceptable use of sexist language towards one another in a professional workplace which it is not. There is nothing to mediate being the minority victim of bigoted language directed at me and my male counterparts in a woman dominated office where the majority of co-workers, lead, supervisor, manager and Director have always historically been women and are currently women.

Hope your day is better than mine.

Voiceless,



Joshua A. Diemert
Program Intake Representative, Utility Assistance Programs
City of Seattle, Human Services Department
O: 206.684.4023 | F: 206.621.5012
Facebook | Twitter

"Where justice is denied, where poverty is enforced, where ignorance prevails, and where any one class is made to feel that society is an organized conspiracy to oppress, rob and degrade them, neither persons nor property will be safe."
― Frederick Douglass

Definitions:



**dis·crim·i·na·tion**
[dəˌskriməˈnāSH(ə)n]
NOUN
1. the unjust or prejudicial treatment of different categories of people or things, especially on the grounds of race, age, or sex:
"victims of racial discrimination" · [more]



**sex·ist**
[ˈseksist]
ADJECTIVE
1. relating to or characterized by prejudice, stereotyping, or disc on the basis of sex:
"his attitude to women is patronizing and sexist" · [more]

**big·ot·ed**
[ˈbigədəd]
ADJECTIVE
having or revealing an obstinate belief in the superiority of one's own opinions and a prejudiced intolerance of the opinions of others:
"a bigoted group of reactionaries" · [more]