# ATTACHMENT 2

# Diemert, Joshua

| | |
|---|---|
| From: | Diemert, Joshua |
| Sent: | Tuesday, December 04, 2018 9:11 AM |
| To: | Bowling, Leslea |
| Subject: | RE: 12/04 (Today) White Caucus Meeting Agenda |

Good Morning,

Please remove me from your email list. Although you have not included your discriminatory material in **this** email, I find your overt racism offensive and will file harassment charges with the EEOC if you continue. I am not sure if you are aware of this, but it is illegal both under federal and local laws to discriminate, and stereotype entire populations of people based solely on the color of their skin in the workplace.

Please do not email again unless it is directly related to the work I do.

Thank you,



Joshua A. Diemert
Program Intake Representative, Utility Assistance Programs
City of Seattle, Human Services Department
O: 206.684.0268 | F: 206.621.5012
Facebook | Twitter

"I have a dream that my four little children will one day live in a nation where they **will not be judged by the color of their skin but by the content of their character**."

~ Dr. Martin Luther King, Jr

https://www.eeoc.gov/laws/statutes/titlevii.cfm

---

**From:** Bowling, Leslea <Leslea.Bowling@seattle.gov>
**Sent:** Tuesday, December 04, 2018 8:57 AM
**To:** Bowling, Leslea <Leslea.Bowling@seattle.gov>
**Subject:** 12/04 (Today) White Caucus Meeting Agenda

Good morning!

Attached is the agenda for today's monthly white caucus meeting that will take place between 12p-1:30p in conference room 4070 in the Seattle Municipal Tower. We look forward to seeing you there.

Leslea, Lindsey, Owen and Kim



Leslea Bowling, MSW
Planning & Development Specialist II
City of Seattle, Human Services Department
O: 206.684.0520
Facebook | Twitter

**EXHIBIT 23**