# ATTACHMENT 3

| | |
|---|---|
| **From:** | Diemert, Joshua |
| **To:** | Groce, Ryan |
| **Cc:** | Nikki Dias |
| **Subject:** | RE: Affinity Groups |
| **Date:** | Wednesday, July 14, 2021 2:06:47 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image005.png |

Good Afternoon,

Thanks for the update. Please let me know. I would like to get it started as soon as possible and was hoping to be able to launch before the end of the month.

If there is no governance structures or citywide processes in place, I am unsure why my request would fall under the review of the Change Team unless I misunderstood, and you are merely reaching out to them for more information. I don't want to be apart of the Change Team or have the non-race-based affinity group under them. That would be highly prejudicial since they are a race-based group based on a political ideology that believes in stereotyping people by their skin color and the affinity group I am creating opposes that. We believe that you should judge a person by their character and not by the color of their skin and the Change Team specifically denigrates people who are colorblind and falsely labels them as white supremacists.

Our group posits that you should focus on commonalities rather than differences to achieve cohesive bonds based in love and understanding. It would be highly inflammatory if the Change Team is allowed to govern or have input into the creation of an opposing group with differing political ideologies that they label with derogatory and hostile names. Please take this in consideration.

Hope you are having a great day,

Joshua Diemert

**From:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Sent:** Wednesday, July 14, 2021 1:36 PM
**To:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

I'm sorry for not responding earlier, but I did get your previous e-mail. Like I said in my previous e-mail, an OCR lead at the City said there is no Citywide process related to creating affinity groups and those are left up to the departments to create and manage. At HSD, affinity groups look to be subsets or caucuses under the Change Team. I have been looking into a departmental process and it looks like I will need to get more information from the Change Team leads to ascertain what the process is for starting new caucuses before I can give you more information. Once I have more information, I can respond to your e-mail regarding process.

Ryan

**From:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Sent:** Wednesday, July 14, 2021 12:20 PM
**To:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

Good Afternoon,

I wanted to make sure my email reached you successfully since our back-and-forth email discussion

ended abruptly. Since no one has governance over the affinity groups, should I just send out an email invite/announcement for the new affinity group or does the city only allow the promotion of collectivist political ideologies such as Critical Race Theory and Critical Social Justice that stereotype people by race?
Hope you are doing well,
Joshua Diemert

**From:** Diemert, Joshua
**Sent:** Thursday, July 08, 2021 2:04 PM
**To:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

So, if there is no governance, I should be able to start another affinity group correct? I would like to create a non-race-based group that advocates for western liberal values and rejects stereotyping people by race. Should I just send out an email announcement or does the city only allow the promotion of political ideologies such as Critical Race Theory and Critical Social Justice that stereotype people by race?

Joshua Diemert
 Program Intake Representative
 City of Seattle, Utility Discount Program
 810 Third Avenue, Suite 440, Seattle, WA 98104
 O: 206-684-0268 | F: 206-621-5012 | Email: joshua.diemert@seattle.gov
Facebook | Twitter | Blog

**From:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Sent:** Thursday, July 08, 2021 1:54 PM
**To:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

Joshua-
I received information from to Tamar Zere at the Seattle Office for Civil Rights regarding the establishment of affinity groups. She stated that SOCR does not currently have citywide program language regarding the purpose of City Affinity Groups. Each affinity group is connected to a City department specifically and serves many purposes for that department. She said there have been discussions with the Mayor's Office about formalizing the role of affinity groups within the RSJI infrastructure citywide, but, that these conversations have not been fruitful to date.
So, it sounds like our HSD affinity groups were probably established internally with the support and governance of the HSD Change Team. The current caucus co-chairs are all Change Team members from what I can gather.
Ryan

**From:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Sent:** Thursday, July 01, 2021 9:45 AM
**To:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

Thank you for your quick response.
Hope you are having a good week,

Joshua

**From:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Sent:** Thursday, July 01, 2021 9:18 AM
**To:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

Joshua-

I followed up with Terry and have a question in to Tamar Zere at the Seattle Office for Civil Rights to get your answer. What Terry was able to define is that our HSD caucuses are a subset of our HSD Change Team. I'm hoping to get more information about the City's affinity groups from Tamar.

Ryan

**From:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Sent:** Tuesday, June 29, 2021 12:20 PM
**To:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** Affinity Groups

Good Afternoon,

This question is to whomever has the answers. Who governs the affinity groups? Who decides what groups are created? Can new groups be created?

Thank you,

Joshua Diemert
 Program Intake Representative
 City of Seattle, Utility Discount Program
 810 Third Avenue, Suite 440, Seattle, WA 98104
 O: 206-684-0268 | F: 206-621-5012 | Email: joshua.diemert@seattle.gov

Facebook | Twitter | Blog

*As per guidance from Public Health Seattle & King County, the Utility Discount Program (UDP) and Vehicle License Fee Rebate (VLFR)*
*Program will not have walk-in hours through July 5, 2021.*
*Help prevent the spread of Covid-19 in King County. Find out more at Public Health Seattle & King County.*