The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual, | No. 2:22-CV-01640-LK |
| Plaintiff, | PRAECIPE |
| v. | DEFENDANTS' MOTION TO DISMISS |
| THE CITY OF SEATTLE, a municipal corporation; BRUCE HARRELL, in his official capacity as the Mayor of the City of Seattle, | |
| Defendants. | |

TO: The Clerk of the Court:

Please use the attached corrected Defendants' Motion to Dismiss in place of the Defendants' Motion to Dismiss that was filed on March 10, 2023 at Dkt. 16. The corrected Motion to Dismiss attached hereto is within the proper word count and includes the *Certification of Word Count* in the signature block per local court rule 7(e)(6).

PRAECIPE - 1
(Case No. 2:22-cv-01640-LK)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Ave. NE, Suite 1500
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax

Dated this 15th day of March, 2023.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants The City of Seattle and Bruce Harrell*

By  */s/Victoria Slade*
Sheehan Sullivan, WSBA #33189
Victoria M. Slade, WSBA 44597
Darrah N. Hinton, WSBA #53542
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:  206.622.3150
Fax:  206.757.7700
Email:  sulls@dwt.com
Email:  vickyslade@dwt.com
Email:  darrahhinton@dwt.com

PRAECIPE - 2
(Case No. 2:22-cv-01640-LK)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Ave. NE, Suite 1500
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

| | |
|---|---|
| **PACIFIC LEGAL FOUNDATION**<br>*Attorneys for Plaintiff:* | ☐ Via Legal Messenger<br>☐ Via U.S. Mail, postage prepaid |
| **Brian T. Hodges, WSBA #31976**<br>1425 Broadway, Suite 429<br>Seattle, WA 98122<br>Telephone: 425.576.0484<br>Email: bhodges@pacificlegal.org | ☐ Via Federal Express<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☒ **Via Court ECF** |
| **Laura M. D'Agostino, Virginia Bar #91556**<br>*Admitted Pro Hac Vice*<br>3100 Clarendon Boulevard, Suite 1000<br>Arlington, VA 22201<br>Telephone: 916.503.9010<br>Email: ldagostino@pacificlegal.org | |
| **Andrew R. Quinio, California Bar #288101**<br>*Admitted Pro Hac Vice*<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: 916.419.7111<br>Email: aquinio@pacificlegal.org | |

Declared under penalty of perjury under the laws of the State of Washington.

DATED at Mount Vernon, Washington this 15th day of March, 2023.

                                        */s/ Carol Huerta*
                                        Carol Huerta, Legal Assistant
                                        DAVIS WRIGHT TREMAINE LLP
                                        920 Fifth Avenue, Suite 3300
                                        Seattle, WA 98104-1610
                                        Telephone: 206.622.3150
                                        Email: carolhuerta@dwt.com

PRAECIPE - 3
(Case No. 2:22-cv-01640-LK)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Ave. NE, Suite 1500
Bellevue, WA 98004
425.646.6100 main · 425.646.6199 fax