The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>THE CITY OF SEATTLE, a municipal corporation; BRUCE HARRELL, in his official capacity as the Mayor of the City of Seattle,<br><br>                Defendants. | No. 2:22-CV-01640-LK<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Noting/Submission Date:<br>March 30, 2023<br><br>[Clerk's Action Required] |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joshua A. Diemert and Defendants The City of Seattle and Bruce Harrell (collectively the "Parties"), by and through their attorneys of record, respectfully move the Court for an order voluntarily dismissing the Complaint and all claims asserted in it, against Defendant Bruce Harrell.

In support of this request, the Parties represent the following to the Court:

1. Plaintiff filed an Amended Complaint on January 19, 2023, against Defendants The City of Seattle and Bruce Harrell in his official capacity as the Mayor of the City of Seattle.

2. The Parties conferred via email between March 7, 2023 and March 8, 2023.

3. On March 8, 2023, the Parties reached an agreement to dismiss Plaintiff's Complaint against Defendant Bruce Harrell.

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 1
(Case No. 2:22-CV-01640-LK)
4859-9992-4310v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. The Parties have agreed to: (a) amend the case caption to remove Bruce Harrell as a Defendant, and (b) use the corrected caption going forward in this matter.

Stipulated this 30th day of March, 2023.

| **PACIFIC LEGAL FOUNDATION** | **DAVIS WRIGHT TREMAINE LLP** |
|---|---|
| *Attorneys for Plaintiff Joshua A. Diemert* | *Attorneys Defendants The City of Seattle and Bruce Harrell* |

*Signature added per email authority on March 30, 2023:*

By   */s/ Laura M. D'Agostino*            By   */s/ Victoria M. Slade*

    Brian T. Hodges, WSBA #31976     Sheehan Sullivan, WSBA #33189
    1425 Broadway, Suite 429     Victoria M. Slade, WSBA 44597
    Seattle, WA 98122     Darrah N. Hinton, WSBA #53542
    Telephone: 425.576.0484     920 Fifth Avenue, Suite 3300
    Email: bhodges@pacificlegal.org     Seattle, WA 98104-1610
        Telephone: 206.622.3150
    Laura M. D'Agostino     Fax: 206.757.7700
    Virginia Bar #91556     Email: sulls@dwt.com
    *Admitted Pro Hac Vice*     Email: vickyslade@dwt.com
    3100 Clarendon Boulevard, Suite 1000     Email: darrahhinton@dwt.com
    Arlington, VA 22201
    Telephone: 916.503.9010
    Email: ldagostino@pacificlegal.org

    Andrew R. Quinio
    California Bar #288101
    *Admitted Pro Hac Vice*
    555 Capitol Mall, Suite 1290
    Sacramento, CA 95814
    Telephone: 916.419.7111
    Email: aquinio@pacificlegal.org

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 2
(Case No. 2:22-CV-01640-LK)
4859-9992-4310v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court finding that the above stipulation is sufficient, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this Complaint and all claims asserted in it are dismissed with prejudice as to Defendant Bruce Harrell, without attorneys' fees or costs to any party.

The Clerk of Court and the Parties are directed to: (a) amend the case caption to remove Bruce Harrell as a Defendant, and (b) use the corrected caption going forward in this matter.

IT IS SO ORDERED.

DONE IN OPEN COURT this _____ day of _____, 2023.

>
> THE HONORABLE LAUREN KING
> United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS - 3
(Case No. 2:22-CV-01640-LK)
4859-9992-4310v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax