# Exhibit 1

Opp. to Mot. to Dismiss/City Receipt of Claim

Court: WDWA  Case No. 2:22-cv-01640-LK

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814 – 916-419-7111

**Seattle City Finance**

January 18, 2023

Joshua Diemert
████████████████
Grand Saline, Texas
75149

RE:   City of Seattle Claim for Damages:   103031

Joshua Diemert:

We are in receipt of your claim as referenced above. This claim has been shared with the City Attorney's Office. We do not guarantee any decisions will be made at the claims stage and you should act to protect your rights.

Sincerely,

*Sent Without Signature to Avoid Delay*

Joel Lambert
Claims Manager
Risk Management Division



City of Seattle

Department of Finance and Administrative Services
700 Fifth Ave., Suite 4350
P.O. Box 94669
Seattle, WA 98124-4669

PRESORTED
FIRST CLASS

US POSTAGE
$ 000.40
ZIP 98104
0000368876 JAN 19 2023

Joshua Diemert
Grand Saline, Texas
75149