UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, | CASE NO. 2:22-cv-1640 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This matter comes before the Court on the parties' proposed order for entry of a stipulated protective order. Dkt. No. 32. Local Civil Rule 26(c)(2) requires that parties departing from the District's model protective order provide the Court with a redlined version identifying departures from the model. It appears the parties' proposed order departs from the model, but they have not provided the Court with a redlined version so that the Court may assess the nature and extent of any changes. The Court directs the parties to submit the redlined version by e-mail to whiteheadchambers@wawd.uscourts.gov.

MINUTE ORDER - 1

Dated this 15th day of November 2023.

<u>Ravi Subramanian</u>

Clerk

*<u>/s/Kathleen Albert</u>*

Deputy Clerk

MINUTE ORDER - 2