The Honorable Jamal Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SEATTLE, a municipal corporation,<br><br>　　　　　　　　Defendant. | No. 2:22-CV-1640<br><br>**ORDER EXTENDING DEADLINE TO DISCLOSE EXPERT WITNESSES**<br><br>Noting Date: February 9, 2024<br><br>[Clerk's Action Required] |

THIS MATTER comes before the Court on the Stipulated Motion to Extend Deadline to Disclose Expert Witnesses (the "Motion") on February 9, 2024, without oral argument. After considering the Motion, it is hereby ORDERED that the Motion is GRANTED. The deadline for the parties to disclose expert witnesses in this matter is extended to February 26, 2024.

　　　　IT IS SO ORDERED.

　　　　Dated February 12, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jamal N. Whitehead
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING DEADLINE
TO DISCLOSE EXPERT WITNESSES - 1
(Case 2:22-CV-01640-JNW)
4875-1466-6148v.1 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**SUBMITTED BY:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys Defendant The City of Seattle*

By _____

    Sheehan Sullivan, WSBA #33189
    Victoria M. Slade, WSBA 44597
    Darrah N. Hinton, WSBA #53542
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone:  206.622.3150
    sulls@dwt.com
    vickyslade@dwt.com
    darrahhinton@dwt.com

**STIPULATED / APPROVED AS TO FORM:**

PACIFIC LEGAL FOUNDATION
*Attorneys for Plaintiff Joshua A. Diemert*

By _____

    Brian T. Hodges, WSBA #31976
    1425 Broadway, Suite 429
    Seattle, WA  98122
    Telephone:  425.576.0484
    bhodges@pacificlegal.org

    Laura M. D'Agostino, Virginia Bar #91556
    *Admitted Pro Hac Vice*
    3100 Clarendon Boulevard, Suite 1000
    Arlington, VA  22201
    Telephone:  916.503.9010
    ldagostino@pacificlegal.org

    Andrew R. Quinio, California Bar #288101
    *Admitted Pro Hac Vice*
    555 Capitol Mall, Suite 1290
    Sacramento, CA  95814
    Telephone:  916.419.7111
    aquinio@pacificlegal.org

    Erin E. Wilcox, California Bar #337427
    *Admitted Pro Hac Vice*
    555 Capital Mall, Suite 1290
    Sacramento, CA  95814
    Telephone:  916.419.7111
    ewilcox@pacificlegal.org

    Nicholas J. DeBenedetto, NJ Bar #382442021
    *Admitted Pro Hac Vice*
    3100 Clarendon Blvd, Suite 1000
    Arlington, VA  22201
    Telephone:  916.419.7111
    NDeBenedetto@pacificlegal.org

ORDER EXTENDING DEADLINE
TO DISCLOSE EXPERT WITNESSES - 2
(Case 2:22-CV-01640-JNW)
4875-1466-6148v.1 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax