UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | CASE NO. 2:22-cv-1640<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On March 1, 2024, the legal assistant for Plaintiff's legal counsel contacted chambers to confirm the number of days allotted for trial. Trial is set for nine days starting September 9, 2024.

Dated this 4th day of March 2024.

                                          <u>Ravi Subramanian</u>
                                          Clerk
                                          <u>/s/Kathleen Albert</u>
                                          Deputy Clerk