The Honorable Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SEATTLE, a municipal corporation,<br><br>　　　　　　Defendant. | Civil Action No. 2:22-cv-01640-JNW<br><br>**ORDER TO EXTEND DEADLINES FOR REBUTTAL EXPERT TESTIMONY AND EXPERT DISCOVERY**<br><br>Noting Date: March 19, 2024 |

THIS MATTER comes before the Court on the Stipulated Motion to Extend Deadlines for Rebuttal Expert Testimony and Expert Discovery (the "Motion") on March 19, 2024, without oral argument. After considering the Motion, it is hereby ORDERED that the Motion is GRANTED. The deadline for the parties to disclose rebuttal expert testimony in this matter is extended to April 10, 2024. The deadline for the parties to depose expert witnesses,[1] is extended to April 26, 2024.

---

[1] This is without prejudice to the Parties' ability to extend the deadline to depose medical providers in the event such depositions are permitted either by agreement or Court order.

Order Extending Rebuttal Expert
Disclosure Deadline - 1
2:22-cv-01640-JNW

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484
4867-6495-2237v.1 0002348-000031

IT IS SO ORDERED.

Dated: March 22, 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

| PACIFIC LEGAL FOUNDATION | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| | *Attorneys for Defendant The City of Seattle* |
| By  s/ Laura M. D'Agostino | |
| LAURA M. D'AGOSTINO | |
| Virginia Bar No. 91556 * | |
| NICHOLAS J. DeBENEDETTO | By    /s/ Victoria M. Slade |
| New Jersey Bar No. 382442021 * | Sheehan Sullivan, WSBA #33189 |
| 3100 Clarendon Blvd., Suite 1000 | Victoria M. Slade, WSBA 44597 |
| Arlington, Virginia 22201 | Darrah N. Hinton, WSBA #53542 |
| Telephone: (202) 888-6881 | 920 Fifth Avenue, Suite 3300 |
| LDAgostino@pacificlegal.org | Seattle, WA 98104-1610 |
| NDeBenedetto@pacificlegal.org | Telephone: 206.622.3150 |
| ANDREW R. QUINIO | Email: sulls@dwt.com |
| California Bar # 288101 * | Email: vickyslade@dwt.com |
| ERIN E. WILCOX | Email: darrahhinton@dwt.com |
| California Bar # 337427 * | |
| 555 Capitol Mall, Suite 1290 | |
| Sacramento, California 95814 | |
| Telephone: (916) 419-7111 | |
| Fax: (916) 419-7747 | |
| AQuinio@pacificlegal.org | |
| EWilcox@pacificlegal.org | |
| BRIAN T. HODGES, WSBA # 31976 | |
| 1425 Broadway, #429 | |
| Seattle, Washington 98122 | |
| Telephone: (425) 576-0484 | |
| Fax: (916) 419-7747 | |
| BHodges@pacificlegal.org | |

*Counsel for Plaintiff*
* *Pro hac vice*

Order Extending Rebuttal Expert
Disclosure Deadline - 2
2:22-cv-01640-JNW