Hon. Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual, </br></br> Plaintiff, </br></br> v. </br></br> THE CITY OF SEATTLE, a municipal corporation, </br></br> Defendant. | Civil Action No. 2:22-cv-01640-JNW </br></br> **NOTICE OF WITHDRAWAL OF BRIAN T. HODGES** |

TO THE CLERK AND COUNSEL OF RECORD: PLEASE TAKE NOTICE that attorney Brian T. Hodges withdraws as attorney for Plaintiff Joshua A. Diemert.

DATED: April 11, 2024.

Respectfully submitted:

*s/ Brian T. Hodges*
BRIAN T. HODGES, WSBA # 31976
PACIFIC LEGAL FOUNDATION
1425 Broadway, #429
Seattle, Washington 98122
Telephone: (425) 576-0484
Fax: (916) 419-7747
BHodges@pacificlegal.org

*Counsel for Plaintiff*

Notice of Withdrawal - 1
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Brian T. Hodges
BRIAN T. HODGES, WSBA # 31976

*Attorney for Plaintiffs*

Notice of Withdrawal - 2
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*