The Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA A. DIEMERT, an individual,

    Plaintiff,

v.

THE CITY OF SEATTLE, a municipal corporation,

    Defendant.

No. 2:22-CV-01640-JNW

**STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND TRIAL DATE**

Submitted: May 8, 2024

## STIPULATED MOTION

Plaintiff Joshua A. Diemert ("Plaintiff") and Defendant The City of Seattle ("Defendant") jointly move the Court to amend the Order Setting Motion to Extend Answer Deadline and Continue Trial (Dkt. No. 30) and extend the trial date and related deadlines in this case.

In support of this Stipulated Motion, the Parties state the following:

1. Plaintiff filed the Complaint in this matter on November 16, 2022. Dkt. 1. Plaintiff filed an Amended Complaint and served Defendant with same on January 19, 2023. Dkt. 10-11.

2. On March 10, 2023, Defendant moved for dismissal of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 16. The Court issued an Order granting in part and denying in part Defendant's Motion on August 28, 2023. Dkt. 28.

3. Since the Court issued its Order on Defendant's Motion to Dismiss, the Parties have been actively engaged in discovery. The Parties have previously conferred and agreed on limited deadline extensions. See Dkt. No. 44, Order to Extend Deadlines for Rebuttal Expert Testimony

STIPULATED MOTION AND ORDER TO CONTINUE
CERTAIN PRE-TRIAL DEADLINES AND TRIAL DATE- 1
(Case 2:22-CV-01640-JNW)
4863-6182-0859v.4 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

and Discovery, 03-22-2024. This matter is currently set for trial on September 9, 2024.

4. The Parties have conferred and agree that the remaining agreed additional discovery cannot be completed under the existing case schedule. Counsel for Defendant contacted Courtroom Deputy Grant Cogswell on April 25, 2024 to request the Court's availability for trial dates in November or December, 2024. The Court provided options of November 4, 2024, November 11, 2024, or January 13, 2025. Given witness availability issues, Plaintiff requested the January 13, 2025 date, and Defendant has agreed.

5. The Parties do not wish to broadly reopen discovery and therefore stipulate that any additional discovery will be limited to the following:

- Testimony and related document collection related to defense experts Tim Wise and Lorraine Barrick, and Plaintiff's experts, Ashleigh Lansing, Erec Smith, and Devon Westhill.

- Testimony and related document collection pertaining to Plaintiff's medical treatment and conditions.

- The second day of Plaintiff's deposition, for which Plaintiff agrees to make himself available for a full day, and for which Defendant agrees to avoid any duplicative questioning.

6. Regarding any currently pending discovery on which the Parties have unresolved disputes, the Parties have agreed to expedite resolution as follows:

- Each side will make its final production and confirm that it has no additional responsive documents to any pending request to which it has not objected by May 10, 2024.

- To the extent any discovery requests remain disputed, counsel for the requesting party will provide to the other party an itemized list by May 17, 2024 of the outstanding discovery issues that remain at that time. The responding party will have until May 31, 2024, to either produce the final disputed items, or to seek a protective order from the Court. Counsel for the requesting party will have until May 31, 2024, to file a motion to compel production. Any further discovery on these disputed issues will be in accordance with the Court's order.

7. In accordance with the Parties' agreement, the Parties hereby request limited extensions of upcoming case deadlines as follows:

STIPULATED MOTION AND ORDER TO CONTINUE
CERTAIN PRE-TRIAL DEADLINES AND TRIAL DATE- 2
(Case 2:22-CV-01640-JNW)
4863-6182-0859v.4 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

- May 31, 2024 – deadline to file discovery motions (within the limitations described above).

- June 12, 2024 – deadline to complete the limited remaining discovery identified above.

- July 15, 2024 – deadline to file dispositive motions and motions challenging expert testimony.

8. In addition, the Parties jointly request an extension of the trial date to January 13, 2025. The Parties further jointly request that the Court issue a new Case Scheduling Order setting all pretrial deadlines not specifically agreed upon by the Parties as described herein in accordance with the new trial date.

STIPULATED this 8th day of May, 2024.

PACIFIC LEGAL FOUNDATION
*Attorneys for Plaintiff Joshua A. Diemert*
*Electronic signatured added per email authority provided 05-08-2024*

By   /s/ Laura D'Agostino
**Wesley P. Hottot, WSBA #47539**
1425 Broadway, Suite 429
Seattle, WA  98122
Telephone:  425.576.0484
Email:  whottot@pacificlegal.org

**Laura M. D'Agostino**
*Admitted Pro Hac Vice*
**Nicholas J. DeBenedetto**
*Admitted Pro Hac Vice*
3100 Clarendon Boulevard, Suite 1000
Arlington, VA  22201
Telephone:  916.503.9010
Email:  ldagostino@pacificlegal.org
Email:  NDeBenedetto@pacificlegal.org

**Andrew R. Quinio**
*Admitted Pro Hac Vice*
**Erin E. Wilcox**
*Admitted Pro Hac Vice*
555 Capitol Mall, Suite 1290
Sacramento, CA  95814
Telephone:  916.419.7111
Email:  aquinio@pacificlegal.org
Email:  ewilcox@pacificlegal.org

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant The City of Seattle*

By   /s/ Victoria Slade
**Sheehan Sullivan, WSBA #33189**
**Victoria M. Slade, WSBA 44597**
**Darrah N. Hinton, WSBA #53542**
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  206.622.3150
Email:  sulls@dwt.com
Email:  vickyslade@dwt.com
Email:  darrahhinton@dwt.com

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND TRIAL DATE- 3
(Case 2:22-CV-01640-JNW)
4863-6182-0859v.4 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

The Parties jointly moved the Court for an extension of the trial date and case deadlines. In accordance with the Parties' agreement, the Court hereby orders the limited extension of upcoming case deadlines as follows:

| Event | Revised Date |
|---|---|
| All motions related to discovery must be filed (within the limitations as stipulated and agreed to between the Parties) | May 31, 2024 |
| Deadline to complete remaining discovery (within the limitations as stipulated and agreed to between the Parties) | June 12, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | July 15, 2024 |

In addition, the Court extends the trial date to **January 13, 2025**. The Clerk of Court is directed to issue a new Case Scheduling Order setting all pretrial deadlines not specifically agreed upon by the Parties, as described in the Parties' Stipulation herein, in accordance with the new trial date.

IT IS SO ORDERED.

Dated this 10th day of May, 2024.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND TRIAL DATE- 4 (Case 2:22-CV-01640-JNW)
4863-6182-0859v.4 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**Presented by:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant The City of Seattle*

By   /s/ Victoria Slade
    **Sheehan Sullivan, WSBA #33189**
    **Victoria M. Slade, WSBA 44597**
    **Darrah N. Hinton, WSBA #53542**
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone:  206.622.3150
    Email:  sulls@dwt.com
    Email:  vickyslade@dwt.com
    Email:  darrahhinton@dwt.com

**Stipulated / Approved as to Form:**

PACIFIC LEGAL FOUNDATION
*Attorneys for Plaintiff Joshua A. Diemert*
    *\*Electronic signatured added per email authority provided 05-08-2024\**
By   /s/ Laura D'Agostino
    **Wesley P. Hottot, WSBA #47539**
    1425 Broadway, Suite 429
    Seattle, WA  98122
    Telephone:  425.576.0484
    Email:  whottot@pacificlegal.org

    **Laura M. D'Agostino**
    *Admitted Pro Hac Vice*
    **Nicholas J. DeBenedetto**
    *Admitted Pro Hac Vice*
    3100 Clarendon Boulevard, Suite 1000
    Arlington, VA  22201
    Telephone:  916.503.9010
    Email:  ldagostino@pacificlegal.org
    Email:  NDeBenedetto@pacificlegal.org

    **Andrew R. Quinio**
    *Admitted Pro Hac Vice*
    **Erin E. Wilcox**
    *Admitted Pro Hac Vice*
    555 Capitol Mall, Suite 1290
    Sacramento, CA  95814
    Telephone:  916.419.7111
    Email:  aquinio@pacificlegal.org
    Email:  ewilcox@pacificlegal.org

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES AND TRIAL DATE- 5
(Case 2:22-CV-01640-JNW)
4863-6182-0859v.4 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax