UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT,<br><br>     Plaintiff,<br><br> v.<br><br>THE CITY OF SEATTLE, a municipal corporation,<br><br>     Defendant. | CASE NO. 2:22-CV-1640<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DATES

Having reviewed the parties' stipulated motion to continue certain pre-trial deadlines and trial date, the Court and sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | January 13, 2025 |
| Length of trial | 9 days |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | May 31, 2024 |
| Discovery completed by | June 12, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | July 15, 2024 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| (*see* LCR 7(d)) | |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | November 14, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | December 4, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | December 23, 2024 |
| Agreed pretrial order due | December 23, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | December 30, 2024 |
| Pretrial conference | January 6, 2025 |

The Local Civil Rules set all other dates. The dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. Only the Court may alter these dates and it will do so only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on

the date scheduled but should understand that trial may have to await the completion of other cases.

## PROCEDURAL MATTERS

All counsel and *pro se* parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/.

All counsel and *pro se* parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 10th day of May, 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3