The Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>THE CITY OF SEATTLE, a municipal corporation,<br><br>                Defendant. | No. 2:22-CV-01640-JNW<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS AND MOTIONS CHALLENGING EXPERT TESTIMONY**<br><br>Submitted: July 17, 2024 |

## **STIPULATED MOTION**

Plaintiff Joshua A. Diemert ("Plaintiff") and Defendant The City of Seattle ("Defendant") jointly move the Court to amend the Order Setting Trial Date and Related Dates (Dkt. No. 49) and extend certain pretrial deadlines as referenced herein.

In support of this Stipulated Motion, the Parties state the following:

1. Plaintiff filed the Complaint in this matter on November 16, 2022. Dkt. 1. Plaintiff filed an Amended Complaint and served Defendant with same on January 19, 2023. Dkt. 10-11.

2. On March 10, 2023, Defendant moved for dismissal of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 16. The Court issued an Order granting in part and denying in part Defendant's Motion on August 28, 2023. Dkt. 28.

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES - 1
(Case 2:22-CV-01640-JNW)
4891-9210-2097v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. The Parties previously stipulated to continue the trial date and other case deadlines. See Dkt. 48-49. The Court set deadlines of June 12, 2024 for remaining limited discovery; May 31, 2024 for discovery motions; and July 15, 2024 for dispositive motions and motions challenging expert testimony, as well as a trial date of January 13, 2025. *Id.*

4. On June 14, 2024 the parties submitted a Joint Discovery Motion (the "Motion") using the Court's expedited joint motion procedure pursuant to LCR 37(a)(2). Dkt. No. 50. The Court heard oral argument on the Motion on July 3, 2024, and on July 9, 2024, the Court issued its Order Granting in Part and Denying in Part the Motion. Dkt. No. 52. The Court ordered Defendant to produce certain requested documents by July 30, 2024. *Id.*

5. The Court's Order on the Motion stated the Court would be willing to consider a stipulated motion to adjust the case schedule as necessary. *See* Dkt. No. 52 at page 8. The Parties have conferred and agree that it is necessary to extend the deadlines for dispositive motions and motions challenging expert testimony, and they have agreed to a deadline of **August 16, 2024** for both motions.

6. In addition, due in part to the difficulty in scheduling depositions for expert witnesses and medical providers, the parties have as yet been unable to complete the depositions of two witnesses, economist Lorraine Barrick and Plaintiff's treating medical provider Dr. Avila-Smith. The Parties agree that these depositions may occur after the existing discovery cutoff and are working to schedule them expeditiously. The Parties agree that any motion challenging Ms. Barrick's testimony will be due thirty days after the date of Ms. Barrick's deposition. The Parties agree at this time that beyond these two depositions, Defendant's production of documents pursuant to the Court's Order, and any remaining productions pursuant to the Parties' prior agreements, no further discovery is warranted, and the discovery period is otherwise closed.

7. This stipulation does not preclude either Party from pursuing additional discovery should the Party believe it is warranted based upon forthcoming productions; however, no such further discovery shall be permitted absent agreement between the parties or Court order.

STIPULATED MOTION AND ORDER TO CONTINUE
CERTAIN PRE-TRIAL DEADLINES - 2
(Case 2:22-CV-01640-JNW)
4891-9210-2097v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

8. The Parties hereby request that the Court issue a revised case schedule extending the deadline to file dispositive motions and motions challenging expert witness testimony (with the exception of Lorraine Barrick) to August 16, 2024, and keeping the remaining case deadlines the same.

STIPULATED this 17th day of July, 2024.

| PACIFIC LEGAL FOUNDATION<br>*Attorneys for Plaintiff Joshua A. Diemert* | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Defendant The City of Seattle* |
|---|---|
| *\*Electronic signature added per email authority on July 17, 2024\**<br>By __/s/ Laura M. D'Agostino__ | By __/s/ Victoria M. Slade__ |
| **Wesley P. Hottot, WSBA #47539**<br>1425 Broadway, Suite 429<br>Seattle, WA  98122<br>Telephone:  425.576.0484<br>Email:  whottot@pacificlegal.org<br><br>**Laura M. D'Agostino**<br>*Admitted Pro Hac Vice*<br>**Nicholas J. DeBenedetto**<br>*Admitted Pro Hac Vice*<br>3100 Clarendon Boulevard, Suite 1000<br>Arlington, VA  22201<br>Telephone:  916.503.9010<br>Email:  ldagostino@pacificlegal.org<br>Email:  NDeBenedetto@pacificlegal.org<br><br>**Andrew R. Quinio**<br>*Admitted Pro Hac Vice*<br>**Erin E. Wilcox**<br>*Admitted Pro Hac Vice*<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA  95814<br>Telephone:  916.419.7111<br>Email:  aquinio@pacificlegal.org<br>Email:  ewilcox@pacificlegal.org | **Sheehan Sullivan, WSBA #33189**<br>**Victoria M. Slade, WSBA 44597**<br>**Darrah N. Hinton, WSBA #53542**<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone:  206.622.3150<br>Email:  sulls@dwt.com<br>Email:  vickyslade@dwt.com<br>Email:  darrahhinton@dwt.com |

STIPULATED MOTION AND ORDER TO CONTINUE
CERTAIN PRE-TRIAL DEADLINES - 3
(Case 2:22-CV-01640-JNW)
4891-9210-2097v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

The Parties jointly moved the Court for an extension of the deadline to file dispositive motions and motions challenging expert testimony. In accordance with the Parties' agreement, the Court hereby orders the limited extension of the referenced deadline as follows:

| Event | Revised Date |
|---|---|
| Deadline to file dispositive motions and motions challenging expert testimony. | August 16, 2024 |
| Deadline to file motion challenging expert testimony of Lorraine Barrick | 30 days after deposition of Lorraine Barrick |

With the exception of Defendant's production of documents pursuant to the Court's Order on the Parties' Joint Discovery Motion, any remaining agreed production by either Party, and the depositions of Lorraine Barrick and Dr. Avila-Smith, which may be conducted after the discovery cutoff, the other non-expired deadlines as set forth in the Court's May 10, 2024 Order Setting Trial Date and Related Dates shall remain in effect. Dkt. 49.

IT IS SO ORDERED.

Dated this 18th day of July, 2024.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES - 4
(Case 2:22-CV-01640-JNW)
4891-9210-2097v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**Presented by:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant The City of Seattle*

By ___/s/ Victoria M. Slade___

   **Sheehan Sullivan, WSBA #33189**
   **Victoria M. Slade, WSBA 44597**
   **Darrah N. Hinton, WSBA #53542**
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone:  206.622.3150
   Email:  sulls@dwt.com
   Email:  vickyslade@dwt.com
   Email:  darrahhinton@dwt.com

**Stipulated / Approved as to Form:**

PACIFIC LEGAL FOUNDATION
*Attorneys for Plaintiff Joshua A. Diemert*
   ***Electronic signature added per email authority on July 17, 2024***

By ___/s/ Laura M. D'Agostino___

   **Wesley P. Hottot, WSBA #47539**
   1425 Broadway, Suite 429
   Seattle, WA  98122
   Telephone:  425.576.0484
   Email:  whottot@pacificlegal.org

   **Laura M. D'Agostino**
   *Admitted Pro Hac Vice*
   **Nicholas J. DeBenedetto**
   *Admitted Pro Hac Vice*
   3100 Clarendon Boulevard, Suite 1000
   Arlington, VA  22201
   Telephone:  916.503.9010
   Email:  ldagostino@pacificlegal.org
   Email:  NDeBenedetto@pacificlegal.org

   **Andrew R. Quinio**
   *Admitted Pro Hac Vice*
   **Erin E. Wilcox**
   *Admitted Pro Hac Vice*
   555 Capitol Mall, Suite 1290
   Sacramento, CA  95814
   Telephone:  916.419.7111
   Email:  aquinio@pacificlegal.org
   Email:  ewilcox@pacificlegal.org

STIPULATED MOTION AND ORDER TO CONTINUE
CERTAIN PRE-TRIAL DEADLINES - 5
(Case 2:22-CV-01640-JNW)
4891-9210-2097v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax