Hon. Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| JOSHUA A. DIEMERT, an individual, | ) | Civil Action No. 2:22-cv-01640-JNW |
| Plaintiff, | ) | |
| v. | ) | **DECLARATION OF ERIN WILCOX IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. EREC SMITH AND DEVON WESTHILL** |
| THE CITY OF SEATTLE, a municipal corporation, | ) | |
| Defendant. | ) | |

I, Erin Wilcox, declare as follows:

1. I am an attorney at Pacific Legal Foundation and represent Plaintiff Joshua Diemert in the matter of *Joshua A. Diemert v. The City of Seattle*. I submit this Declaration in support of Plaintiff's Opposition to Defendant The City of Seattle's Motion to Exclude Expert Testimony of Dr. Erec Smith and Devon Westhill. As to the following facts, I know them to be true of my own knowledge and based on information and belief. If called as a witness, I would and could competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Designation of Expert Rebuttal Witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2).

Decl. of Wilcox re Mot. to Exclude - 1
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*

3. Attached hereto as **Exhibit 2** is a true and correct copy of Dr. Erec Smith's report and curriculum vitae accompanying Plaintiff's Designation of Expert Rebuttal Witnesses.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Devon Westhill's report and curriculum vitae accompanying Plaintiff's Designation of Expert Rebuttal Witnesses.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Plaintiff's disclosed rebuttal expert, Devon Westhill., taken on May 31, 2024.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED:  Sept. 6, 2024.

> s/ Erin E. Wilcox
> ERIN E. WILCOX
> California Bar # 337427 *
> PACIFIC LEGAL FOUNDATION
> 555 Capitol Mall, Suite 1290
> Sacramento, California 95814
> Telephone: (916) 419-7111
> Fax: (916) 419-7747
> EWilcox@pacificlegal.org
>
> *Counsel for Plaintiff*
> *\* Pro hac vice*

Decl. of Wilcox re Mot. to Exclude - 2
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*