# EXHIBIT - 4

**Diemert, Joshua**

| | |
|---|---|
| From: | Mirabueno, Ron |
| Sent: | Wednesday, February 03, 2021 8:32 PM |
| To: | HSD_YFE_Everyone |
| Subject: | Please welcome Elijah Warren, the newest member of the SYEP family! |

Hello YFE Friends,

Hope this message finds you all well and in good spirits. Please join me in welcoming Elijah Warren, the newest member of the SYEP family! We're super excited for Elijah (and the team) as he comes in at an eventful time for SYEP with the integration of Opportunity Promise, planning for what the summer may look like, and the visioning of an "alumni network", all while the school year program is underway!

Elijah's experience working in high schools supporting students with their academic goals, commitment and work towards a more equitable and just world, impactful lived experiences, and "bridge building" approach, are all gifts that he will be sharing with (and to the benefit of) the young people, the team, and the program.

Here's a little more about Elijah in his own words:

Native to Seattle, Elijah has a community organizing and engagement background with a passion for serving his communities. He holds a Bachelor's degree in Psychology and in Political Science from Seattle Pacific University as well as a Master's of Arts in Conflict Resolution and Negotiation & Coexistence from Brandeis University with a certification in Mediation from Harvard Law School. Professionally, Elijah has worked in various positions in seeking equity, access to opportunities, and holistic personal and professional development for BIPOC individuals, youth, and young adults.

Outside of the normal 9-5, Elijah can be found in community, doing just work with like-minded leaders, focused on bringing awareness to injustices within our communities (and globally) as well as helping push for reform and police change at the local, state and federal level; Black Lives Matter is a lived expression that is interwoven into every facet of life.

"Self and personal care for me [Elijah] looks like strolling through nature via hiking or trails, listening to good ole' 90s music (Mariah Carey always has a song for a mood I'm in), being around Black and brown folks, and spending time with folks that match and compliment my energy."

Please feel free to reach out to Elijah via email, Teams, or WebEx. As soon as things settle down and we're back in the office, he can be found on the 4th floor of the Central Building alongside the rest of the SYEP crew.

Take care and talk soon!



Ron Mirabueno (he/him/his)
Manager, Community Services Unit
PO Box 34215, Seattle, WA 98124-4215
City of Seattle, Human Services Department
O: 206.684.0930 | C: 206.255.6741 | ron.mirabueno@seattle.gov
Facebook | Twitter | Blog

*As per guidance from Public Health Seattle & King County, the following programs will not have walk-in hours until July 5th, 2021:*