

# EXHIBIT - 9

# <u>Rebuttal to Respondent City of Seattle's Position Statement Part One</u>

      I plan on providing more details, along with more evidence for my Charge of Discrimination but first I want to respond to the City of Seattle's Claim Response because I believe they are being deceptive by misrepresenting the facts and asserting easily disprovable fraudulent assertions. They lied.

      Before I do, I need to point out that the City of Seattle does not use colloquial definitions but keeps an internally maintained definition list which may confound interpretation of their words and statements by external parties. I uploaded an older version of one of the definition lists they previously used created by the Challenging White Supremacy Workshop. Some still use the CWS definition list but the City of Seattle has also been creating their own definition list, which is fluid since it is being perpetually refined, leading to multiple different definition lists/glossaries being used throughout the City of Seattle.

- There were some questions about who will decide what the common language is that we use and whether or not old terms that many people are familiar with (such as "gatekeeping") remain.
- The training design group will be able to determine the way the language is shaped and used. Key terms can be built into both the discussion questions and the outcomes.

(embedded picture taken from City of Seattle UIR_Minutes_022304.pdf)

## City of Seattle

**How Shared Foundational Language Began**

Defining racial equity goals, framework, and language are necessary foundations to moving the City of Seattle's (City) existing Race and Social Justice Initiative (RSJI) forward.  These terms and concepts are specific to the RSJ goals that the City is working towards, so some RSJ terms or concepts may not be reflected here. Additionally, as language evolves, and the movement grows, this glossary will be updated to reflect those changes. This is one component of Mayor Durkan's Executive Order 2018-04 (EO) on Anti-Harassment and Anti-Discrimination.

(embedded picture taken from City of Seattle RSJ Foundation Guide)

- If you want funding you must do what the City asks you to do
- We must bring an equity lens to everything we look at
- Use RET for everything, not just 4x a year
- Identify how dominant culture is showing up in all actions
- Our language – how we use language that keeps white folks comfortable – need to name it like it is, white supremacy
- The more folks who are POC leading the work the more they are at risk – we need to be at risk with them

(embedded screenshot taken from City of Seattle RSJI Big Picture Notes)

DIEMERT_PROD04_10214

First, in the Charge Response, the City of Seattle states that "the City is committed to an inclusive, equitable, and non-discriminatory workplace, and has a strong Citywide policy prohibiting discrimination and harassment in the workplace." This is only true if you use their definitions which isn't congruent with the definitions the Constitution or EEOC is founded on. I reported acts of discrimination and racism throughout my years at the City of Seattle but was told that the incidents were not racist because "only white people can be racist and it is impossible to be racist towards a white person".

APIUIR Curriculum
Asian Pacific Islander Undoing Racism Groups of Seattle
Updated: 12/2006 DDM

The legitimate access to systems and institutions sanctioned by the state. The extent to which you have access and control of systems. With the society structured on race, the white race has greater access to the institutions that grant fairness in legal treatment, economic opportunities, and social status. In the United States, because of the power dynamic and the social structures, all whites benefit, for their whiteness is the model of humanity. Having the Right does not equal to Legitimate Access Sanctioned by the State.

- "Whites do not equally reap its benefits (gender, class, sexual orientation, etc.) as aspects of identity influence ways they may experience and gain from their whiteness." (Teaching/Learning Anti-Racism, by Dermann-Sparkes and Phillips).
- No persons of color can be a racist, but the same aspects of identity influence the ways and layers of oppression. Racism is an imposition, a structure and an ideology to support the dominant culture common purpose and identity.
- People of color can hold individual prejudices, be mean, evil and down right nasty. But they do not have the power to be racist.

(embedded picture taken from City of Seattle API UIR Training Curriculum)

DISMANTLING RACISM                                                          RESOURCE BOOK

## CHARACTERISTICS OF ANTI-RACIST WHITE ALLIES

### Attitudes and Behaviors
Adapted from *10 attitudes and behaviors which help us become Strong Anti-Racist Allies*, developed by Grassroots Leadership's Barriers and Bridges Program

- All white people are racist. I am a racist.
- I will never know what it is like to be a person of color in this country. While it is important to build empathy, I need to acknowledge that I cannot know what it is really like.
- I expect to be uncomfortable as a white anti-racist ally. Discomfort offers an opportunity for reflection and deeper understanding, which leads to change, which can be scary, but necessary and fulfilling. Because white supremacist culture allows white people to remain comfortable, I will need to actively seek situations that will provide me the opportunity to change and grow.

(embedded picture taken from City of Seattle training and department guide, Dismantling Racism. Uploaded as PDR_RSJI_I.pdf)

DIEMERT_PROD04_10215

***A Racist:***
A racist is one who is *both privileged and socialized* on the basis of race by a white supremacist (racist) system. The term applies to all white people ( people of European descent) living in the United States, regardless of class, gender, religion, culture or sexual orientation. The term has nothing to do with one's intentions or individual actions. It denotes a relationship of relative access, based on ancestral origin, to the power of institutions in a white supremacy system.

By this definition people of color cannot be racists. Living within the U.S. white supremacy system, they do not have the institutional power to back up their individual or group prejudices, hostilities or acts of discrimination. (This definition does not deny the existence of such prejudices, hostilities, acts of discrimination or even rage.)

(embedded picture taken from RSJI prerequisite training material 1Pol_Persp_of_CWS.PDF)



(screenshot of City of Seattle document on City of Seattle intranet)

DIEMERT_PROD04_10216



(example of documents found on City of Seattle intranet stereotyping and degrading white people. The address to the document is captured in screenshot to show that it came from City of Seattle sharepoint and was not created by me. It was uploaded as a word document so opened in our Sharepoint Word App)

My concerns were never elevated or investigated when I reported them because they don't believe in the equality standard. They explicitly apply the equity standard instead and declare that "equality is a system of white supremacy". The City of Seattle asserts that the "equality" model that reinforces the Civil Rights Act restricts their ability to level  the playing field in a white supremacist culture.

*The act of passing legislation to make ORSJ also protects the work of the current RSJI. As it is currently, RSJI, at the whim of the Mayor's office could simply vanish because RJSI exists only as an initiative supported by proclamation and Executive Order. Passing an enacting ordinance would give the work of RSJI protections from political whim, and potentially provide more "teeth" to compel compliance with initiatives (e.g., the completion of intra-departmental RETs).*

*Finally, the creation of a new office devoted to race and social justice acknowledges the foundational importance of RSJI's mission to advancing equity in the City of Seattle. It acknowledges that civil rights, as vital as they are, are rooted in laws that perpetuate inequity because they guard against inequality— and that the work of RSJI, in order to be successful, must and should operate outside of the analytical framework of the governmental enforcement of civil rights. This recommendation is rooted in both practicality and symbol."*

some of OCR's work must remain under the Executive.

It was for this reason that the RET team considered the creation of a new office devoted to race and social justice to acknowledge the foundational importance of RSJI's mission to advancing equity in the City of Seattle. We sought a solution to acknowledges that civil rights, as vital as they are, are rooted in laws that perpetuate *inequity* because they guard against *inequity*—and that the work of RSJI, to be successful, must and should operate outside of the analytical framework of the governmental enforcement of civil rights. This recommendation is rooted in both practicality and symbolism.

The act of passing legislation to establish the RSJI through an ordinance is central.

process of scaling the equity work of RSJI to the level called for by community members and City employees should commence with Phase II.

**Phase II:** *Hopeful* would require road mapping, benchmarking, assessment, implementation, and enforcement of innovative strategies and approaches to scale RSJI toward dismantling and disrupting citywide, institutional, and systemic change in ways currently unallowed under the equality measures of the Civil Rights Act. Hopeful could also include assessments, pilots, and feasibility studies to determine how a radical, intersectionally antiracist, and large-scale approach to equity goals can occur despite or outside of the restrictions on interpretation and enforcement of the Civil Rights Act equality model.

(Embedded Pictures are from the Seattle Office of Civil Rights Racial Equity Toolkit Report uploaded as Installment 2.1)

They declare that the Constitution of the United States, western liberal values, Christianity and capitalism are all part of a white supremacist culture. According to the beliefs promulgated by the City of Seattle, the term "Culture of White Supremacy" is synonymous with "White Culture".

Email: pisab@thepeoplesinstitute.org.    Web: www.thepeoplesinstitute.org.)

## Culture of White Supremacy  (White Culture)

The culture of white supremacy is an artificial, historically constructed culture which expresses, justifies and binds together the United States white supremacy system.  The culture of white supremacy perpetuates the belief and legitimizes the practice of treating people of color as inferior and white people as superior.

In the U.S., the culture of white supremacy is intertwined with the cultural expressions of the other major systems of oppression:  the greed, competition and individualism of capitalism; patriarchy's fear and hatred of the power of women; historical Christianity's hatred and fear of sexuality, and its Protestant compulsion to divide people into the 'saved' and the 'damned;' and a European-based glorification of war, conquest and violence as proofs of manhood and nationhood that goes back thousands of years.

The culture of white supremacy is a melting pot of greed, guys, guns, gods and white power.  It is a deadly brew.

(embedded screenshot taken from City of Seattle RSJI training material 6Glossary_of_Terms.PDF)

## WHITE CULTURE

**I.    White Culture defines what is considered normal – it creates the standard for judging values.**
*For example - Think about who and how these terms are defined: good parenting, stable family, well-raised child, individual self-sufficiency, and effective leadership.*

- In your organization, what are the characteristics of a good employee?  How were you informed?  If unwritten rules – how did you learn about them?

**II.   White culture privileges a focus on individuals (not groups).**
*Independence and autonomy are valued and rewarded. An individual is in control of their environment – "You get what you deserve."*

- In your organization, what is rewarded? Example – is there encouragement to compete? Collaborative decision-making? Decisions based on common good?

**III.  White culture assigns a higher value to some ways of behaving than others.  It often defines the "other" behaviors as dangerous and/or deviant.**
*For example - Right to comfort. Avoid conflict, emotion . . . Be polite. Comfort level is defined by whites and those that cause discomfort or involved in conflict can be marginalized.  Individual acts of unfairness become equal to the pain and discomfort to systemic racism which are daily targets for people of color. Based on Tema Okun's White Supremacy Culture.*

- In your organization, what behaviors are considered uncomfortable?  (e.g. conflict, loud voice, crying)?  How does the organization culture respond when these behaviors happen?

**IV.   Decision-making often reflects white cultural assumptions about the primacy of individuals, standards of behavior and use of power "over" others.**
*For example: Deciding and enforcing, Either/or thinking, those less affected define the problem and solution*

- Reflect on the different groups you belong to – Who is included in the decision-making process?  What is the rationale?  Is the process different on paper vs. in reality?

**V.    White culture values certain ways of knowing and not others.**
*For example, if you can't measure it – it is not of value.  Focus on cause and effect relationships and rational linear thinking*

- In your organization, who or what informs you that a program/service is working?  How is success defined? Who decides what is sufficient time?

(screenshot taken from City of Seattle whiteculturehandout.pdf)

DIEMERT_PROD04_10220

**Financial Wealth** – What you own, minus what you owe.

**Privilege** – A right, favor, advantage, or immunity specially granted to one individual or group and *withheld from another.*[26]

- **Class Privilege** – Unearned advantages of higher-class status, such as personal contacts with employers, good health care in childhood, inherited money, or speaking with the same dialect or accent as people with institutional power.[27]

- **White Privilege** – A historically-based, institutionally-perpetuated system of: 1) Preferential prejudice for and treatment of white people based solely on their skin color and/or ancestral origin from Europe; and 2) Exemption from racial and/or national oppression based on skin color and/or ancestral origin from Africa, Asia, the Americas and the Arab world.[28]

**Model Minority Myth –** The stereotype that all Asian Americans are wealthy, have high educational achievement and assimilate well into White culture.[29]

**White Fragility** – White Fragility is a state that White people experience "in which even a minimum amount of racial stress becomes intolerable, triggering a range of defensive moves**.** These moves include the outward display of emotions such as anger, fear, and guilt, and behaviors such as argumentation, silence, and leaving the stress-inducing situation. These behaviors, in turn, function to reinstate white racial equilibrium."[30]

**Prejudice** – A prejudice is a prejudgment in favor of or against a person, group, event, idea, or thing. An

(screenshot taken from City of Seattle's Race and Equity Shared Language Document)

If you publicly speak up against the ideology that City of Seattle thrusts upon its employees then they call you a white supremacist. If you are white and disagree or get upset, they accuse you of being "guilty" or say you have "white fragility" in a demeaning manner. Also, when you disagree, they use circular logic and say that is evidence that you are white supremacist. This is also in written form on their White Supremacy Culture handout under "defensiveness" (see below)

# White Supremacy Culture
### From Dismantling Racism: A Workbook for Social Change Groups

This is a list of characteristics of white supremacy culture which show up in our organizations. Culture is powerful precisely because it is so present and at the same time so very difficult to name or identify. The characteristics listed below are damaging because they are used as norms and standards without being pro-actively named or chosen by the group. They are damaging because they promote white supremacy thinking. They are damaging to both people of color and to white people. Organizations that are people of color led or a majority people of color can also demonstrate many damaging characteristics of white supremacy culture.

## Perfectionism
- Little appreciation expressed among people for the work that others are doing; appreciation that is expressed usually directed to those who get most of the credit anyway
- More common is to point out either how the person or work is inadequate
- Or even more common, to talk to others about the inadequacies of a person or their work without ever talking directly to them
- Mistakes are seen as personal, i.e. they reflect badly on the person making them as opposed to being seen for what they are – mistakes
- Making a mistake is confused with being a mistake, doing wrong with being wrong
- Little time, energy, or money put into reflection or identifying lessons learned that can improve practice, in other words little or no learning from mistakes
- Tendency to identify what's wrong; little ability to identify, name, and appreciate what's right

Antidotes: develop a culture of appreciation, where the organization takes time to make sure that people's work and efforts are appreciated; develop a learning organization, where it is expected that everyone will make mistakes and those mistakes offer opportunities for learning; create an environment where people can recognize that mistakes sometimes lead to positive results; separate the person from the mistake; when offering feedback, always speak to things that went well before offering criticism; ask people to offer specific suggestions for how to do things differently when offering criticism

## Sense of Urgency
- Continued sense of urgency that makes it difficult to take time to be inclusive, encourage democratic and/or thoughtful decision-making, to think long-term, to consider consequences
- Frequently results in sacrificing potential allies for quick or highly visible results, for example sacrificing interests of communities of color in order to win victories for white people (seen as default or norm community)
- Reinforced by funding proposals which promise too much work for too little money and by funders who expect too much for too little

Antidotes: realistic workplans; leadership which understands that things take longer than anyone expects; discuss and plan for what it means to set goals of inclusivity and diversity, particularly in terms of time; learn from past experience how long things take; write realistic funding proposals with realistic time frames; be clear about how you will make good decisions in an atmosphere of urgency.

## Defensiveness
- The organizational structure is set up and much energy spent trying to prevent abuse and protect power as it exists rather than to facilitate the best out of each person or to clarify who has power and how they are expected to use it
- Because of either/or thinking (see below), criticism of those with power is viewed as threatening and inappropriate (or rude)
- People respond to new or challenging ideas with defensiveness, making it very difficult to raise these ideas
- A lot of energy in the organization is spent trying to make sure that people's feelings aren't getting hurt or working around defensive people
- The defensiveness of people in power creates an oppressive culture

Antidotes: understand that structure cannot in and of itself facilitate or prevent abuse; understand the link between defensiveness and fear (of losing power, losing face, losing comfort, losing privilege); work on your own defensiveness; name defensiveness as a problem when it is one; give people credit for being able to handle more than you think; discuss the ways win which defensiveness or resistance to new ideas gets in the way of the mission.

The work of Kenneth Jones and Tema Okun, ChangeWork 2001                                    1

## Quantity over Quality
- All resources of organization are directed toward producing measurable goals
- Things that can be measured are more highly valued than things that cannot, for example numbers of people attending a meeting, newsletter circulation, money spent are valued more than quality of relationships, democratic decision making, ability to constructively deal with conflict
- Little or no value attached to process; if it can't be measured, it has no value
- Discomfort with emotion and feelings
- No understanding that when there is a conflict between content (the agenda of the meeting) and the process (people's need to be heard or engaged), process will prevail (for example, you may get through the agenda, but if you haven't paid attention to people's need to be heard, the decisions made at the meeting are undermined and/or disregarded)

DIEMERT_PROD04_10222

---

[8] City of Seattle Race and Social Justice Initiative (RSJI).
[9] Ron Chisom & Michael Washington, Undoing Racism: A Philosophy of International Social Change (1997).
[10] Chisom & Washington.
[11] RSJI.
[12] RSJI.
[13] The Case for Funding Black-led Social Change, http://www.blacksocialchange.org/wp-content/uploads/2017/02/BSCFN-Case-Statement.pdf
[14] Class Action.
[15] "Colorism | NCCJ." https://nccj.org/colorism-0. Accessed 12 Dec. 2019.

**Colonialism** - Colonialism is when one country violently invades and takes control of another country, claims the land as its own, and sends people — "settlers" — to live on that land.[16]

**Islamophobia** - Islamophobia is hatred, fear and/or prejudice toward Islam and Muslims that results in discrimination, marginalization, violence and oppression. It creates a distorted understanding of Islam and Muslims and transforms diversity in name, language, culture, ethnicity, and race into a set of stereotyped characteristics. As such, Islamophobia is a system of both religious and racial animosity.[17]

**White Supremacy –** A historically-based, institutionally-perpetuated system of exploitation and oppression of continents, nations, and Black, Indigenous, and people of color by white people and nations of the European continent for the purpose of maintaining and defending a system of wealth, power, and privilege.[18]

**Xenophobia** - An irrational fear and distrust of other nationalities, or because someone is — or seems

(screenshot taken from City of Seattle's Race and Equity Shared Language Document and White Supremacy Culture handout. The White Supremacy Culture handout is used often.)

DIEMERT_PROD04_10223



(City of Seattle Trauma video discussing White Supremacy Culture)

Some examples of what the City of Seattle declares is White Supremacy:
Denial of White Privilege
Claiming Reverse Racism
Colorblindness
Saying "But we're just one human family"
Saying "Don't blame me, I never owned slaves"
Believeing we are "Post Racial"
Celebrating Columbus Day

If you say, or support any of them, then they say you are a racist white supremacist and degrade you because you "Support white supremacy" (by their definition).

This video, which the City of Seattle advertises to its employees as training to help cope with trauma and stress due to Covid, was not a self help video but a discriminatory instruction that was filled with racism, anti-Christian and anti-American propaganda. It was very difficult to watch and made me more stressed out and traumatized after viewing it.

DIEMERT_PROD04_10224

Its common in the workplace to denounce white people or to blame them for problems in society. Its totally acceptable to call white people racists or to interogate white people if they voted for Trump, and if they did call them degrading names.



(embedded screenshot taken from "Me and White Supremacy workbook" given to white employees as part of the City of Seattle RSJI)

DIEMERT_PROD04_10225

**What is white supremacy culture?**

White supremacy culture is the idea (ideology) that white people and the ideas, thoughts, beliefs, and actions of white people are superior to People of Color and their ideas, thoughts, beliefs, and actions.

White supremacy culture is an artificial, historically constructed culture which expresses, justifies and binds together the United States white supremacy system. It is the glue that binds together white-controlled institutions into systems and white-controlled systems into the global white supremacy system.
[from Sharon Martinas and the Challenging White Supremacy Workshop]

White supremacy culture is reproduced by all the institutions of our society. In particular the media, the education system, western science (which played a major role in reinforcing the idea of race as a biological truth with the white race as the "ideal" top of the hierarchy), and the Christian church have

played central roles in reproducing the idea of white supremacy (i.e. that white is "normal," "better," "smarter," "holy" in contrast to Black and other People and Communities of Color. For one example of the role of education in reproducing white supremacy culture, read below.

(embedded screenshot taken from City of Seattle RSJ training "Assumption Grounding White Supremacy")

DIEMERT_PROD04_10226

Assumptions Grounding White Supremacy is found within the White Supremacy Culture handouts that are used frequently by the City of Seattle  and can be found in this screenshot of an intranet search:



## White Supremacy

The social, political, and economic system that maintains the dominance of white people by providing advantages to white individuals and groups. White supremacy is also the belief that white people are superior to people of all other races, and therefore have a right to dominate people and the planet.

## White Supremacy Culture

The ways of beings, norms, habits, attitudes, beliefs, and expectations that uphold the system of **white supremacy**, both within organizations and in society at-large. For more on this term, see *White Supremacy Culture* by Tema Okun, updated from her seminal collaboration with Kenneth Jones, and *Building a Relational Culture.*

(embedded picture taken from City of Seattle training "Shape-of-Trust-Video-Facilitation-Guide-September-2021")



(screenshot taken from intranet search for Capitalism done in 2021)

DIEMERT_PROD04_10228



(Picture of City of Seattle video saying that Capitalism and individualism are systems of white supremacy and if you like either then they degrade you and call you a white supremacist.)



(screenshot taken from City of Seattle RSJI PowerPoint "White Affirmative Action" which is a compilation of incidents demonstrating "white advantage" and why the United States is a system of white supremacy)

**Transformational, anti-racist organizing within government**

Over the last two decades, Seattle's Race and Social Justice Initiative has put significant effort into building and supporting the necessary infrastructure to create meaningful institutional changes, to develop the capacity and skill of racial equity leaders, and build durable, continuous relationships with departments and with the community. In the last few years, RSJI has begun moving toward embodying a transformational approach to anti-racist organizing. This approach supports anti-racism as a lived practice, one that strives to lift up interconnection, creativity, collective health, wellbeing and belonging, all of which are central to the ways of being and knowing of Black, Indigenous and People of Color (BIPOC) communities. These relational, creative and mindful ways serve as antidotes to the culture of

DIEMERT_PROD04_10229

white supremacy that dominates all institutions and organizations within the United States. This transformational, anti-racist approach emphasizes a whole body and soul approach, one that takes into account the wholeness of our living systems. It integrates all four levels of racism (internalized, interpersonal, institutional, structural) and recognizes how other oppressions intersect with racism; the centrality of relationships and culture (in addition to policies, practices and procedures) in institutional and structural change; and the importance of repair and healing. We have begun to reflect this transformational approach to anti-racist organizing across RSJI structures, trainings, Racial Equity Toolkit processes, policy work, group dialogues and more. While this year has been increasingly taxing, the influence of the RSJI Network across the City has proven that City employees have built practices of resiliency, strategic collaboration, collective leadership and policy impact.

And still, there is more change that we need to create together. Despite the many positive impacts of these growing shifts, widespread change has been slow coming. The urgency and constraints brought on by COVID-19 have exposed how effortlessly our institution can slip back into well-honed and often unconscious patterns. The pandemic has revealed that when uncertainty and anxiety are high, analysis, culture-setting and decision-making remain in the hands of a few. Despite our best intentions, when we are not aligned and clear about what a transformative, anti-racist approach to change looks and feels like, we often move from assumptions and old tropes, using opaque communication, reinforcing silos and creating new ones, increasing disconnection and disregarding history. We engage more superficially with those most impacted by systemic racism and other intersecting forms of oppression. We design programs and make decisions without clear and explicit racial equity goals guiding and threaded throughout our work. We revert to questions of diversification and increased access, skipping the north star of structural change.

It is in these times – the times we are in right now – that we become even more aware of how vital a transformational, anti-racist approach is. The pandemic has laid bare the ways that the system of white supremacy impacts our human and planetary health, including that of our economy, with massively disproportionate harms to our BIPOC communities, including our very own City workers. We no longer can afford to do our work in ways that consciously or unconsciously put business interests and political cover before the needs of our communities. The RSJI Network holds an essential and pivotal role by supporting a government response that is anti-racist, rooted in interconnection, creativity, collective health and wellbeing. As key leaders moving racial justice work across departments and areas of work, we must be aligned and in close relationship, so that we can replace individualist, fracturing norms with the full and beautiful potential of our collective power.

DIEMERT_PROD04_10230

**Specific topics**

- What is transformational, anti-racist organizing?
- RSJI Truths
- Anti-Racist Principles and how we apply them as government
- 4 types of racism, power and both social and hierarchical positionality
- Racial hierarchy and internalized racial oppression
- Understanding interconnection, collective health and wellbeing
- Understanding and applying the Our Bodhi Project Embodying Belonging & Co-liberation Frame
- Building Relational Culture (vs. white supremacy culture)
- RSJI Spheres of Influence and accountability
- Collective vs. individual movement
- Vulnerability, self-awareness and growth mindset
- Contours of ego and being in power
- Decision-making for racial equity, social justice and belonging
- Navigating resistance, difficult situations and institutional barriers

**The purpose of this series**

Through this series, key RSJI leaders from across departments will:

- Develop a shared, basic foundation (frameworks, language, understanding, skills and practices) for transformational, anti-racist organizing within and through the City, and what this means based on their social positionality, positioning with the institutional hierarchy, and specific job functions.
- Experience alignment with other key leaders and develop skills to better align their departments with an overall vision and practice of transformational, anti-racist organizing.
- Feel more able to move their departments toward transformational anti-racist practices and outcomes based on an understanding of their roles within the collective that is the Citywide RSJI Network and in accordance with the Anti-Racist Principles and RSJI Strategic Plan.
- Understand how the SOCR RSJI Team historically has been and remains charged with designing RSJI strategy and content, and with supporting RSJI efforts across the City.

(Embedded pictures above comes from City of Seattle RSJ Event Invite in email labeled Shape-of-Trust-Key-Leaders-Invite.pdf)

    These radical views are part of their ideological framework because their internal and external policies revolve around the Race and Social Justice Initiative which is based on the Critical Race Theory ideology. The City of Seattle promulgates race essentialism which is why they state they "lead with race".

DIEMERT_PROD04_10231

**Why lead with race?**

The RSJ Initiative leads with racism because race has shaped our institutions and policies in the United States in ways that have prevented us from achieving equity. Until now, government typically has responded to inequities – when it has responded at all – by developing programs and services to lessen its effects. To achieve equity, however, we must focus on root causes. Ending institutional racism involves more than simply developing programs to help people of color. RSJI is Seattle's effort to change the underlying system that perpetuates racial and social inequities.

To challenge racism, we have to look beyond individual acts of prejudice to the systematic biases that are built into our institutions and our society. We are not to blame for what happened in the past, but we are responsible – both personally and institutionally – for eliminating racism and its legacy today.

(embedded picture taken from RSJI: Our Approach handout)

The City of Seattle places race above everything else. Race is more important than being a subject expert, experience or diversity of thought when creating committees, focus groups, funding or promotional opportunities.

    ii. Vanessa: What was the make-up of the focus group?
        1. Jackie: good representation on the employee group (mix of Asian, African American and White); wished they got more representation from Hispanic.
    iii. Vanessa: What is the plan for keeping the information updated?
        1. Linda: lead by representative of each divisions; ideally the rep will coordinate with their division. Linda/Jackie will have kick-off conversation and Find out where the information exists and/or needs to be created. Can force centralized or keep everything decentralized. The content owners will be responsible for keeping it updated
    iv. Pam: Follow-up on the make up of racial of the city.
        1. Jackie: will follow up on this and asked if Vanessa (with WARU) if she had the information.
        2. Vanessa: confirmed she can get this information and there is a demographic dashboard.

(screenshot taken from Seattle Department of Human Resources RSJI Change Team Meeting Notes 11/2020)



(Screenshot from City of Seattle meeting. They require you tell your race at meetings and are trying to get people to put it in their email signature along with your pronouns)

DIEMERT_PROD04_10232



## RSJI structure

- Every Seattle City department is responsible for:
  - Incorporating racial equity into its own programs, services, policies, etc.
  - Creating an annual RSJI Work Plan.
  - Maintaining an RSJI Change Team.
  - Using RSJI tools, e.g. the Racial Equity Toolkit.
  - Participating in RSJI Subcabinet.
- Interdepartmental teams work together on key equity issues, e.g. criminal justice, education, and equitable development.

RSJI is systemically incorporated and embedded into everything done in the City of Seattle. RSJI is based on race essentialism. It denounces equality, color-blindedness and individual merit or actions and places everyone in groups of oppressor and oppressed based on superficial characteristics such as the color of one's skin. RSJI is not just training, but is embedded into everything we do.

- Assimilation – only with the people at the bottom
- Colorblindness – nowhere- so while colorblindness as a lofty, visionary intent, it's impact is oppressive because it keeps a system which churns out inequities in place, unchallenged.
- Diversity/multiculturalism – the people at the bottom and the guy at the top – even he is asked to go through a prejudice reduction workshop. So some change happens at individual level.

(screenshot from City of Seattle RSJ Equity Lens training arguing against using diversity trainings or being color blind because they uphold the systems of white supremacy)

The City of Seattle proclaims in their Charge Response that the department engages in "anti-discrimination and anti-harassment training to ensure equity of service delivery and equity within the workplace environment" but this conflicts what they say internally.

DIEMERT_PROD04_10233



(embedded picture is screenshot of City of Seattle in-webs stating that they do not teach diversity training)

- *There are also diversity trainings.   Has anyone been to a diversity training? What happened? How did it feel?*

*There are different kinds of these; sometimes they're called cultural competency trainings, sometimes prejudice reduction workshops. Has anyone ever been to one of these kinds of trainings? What do you do at these trainings?*

<mark>*Take some responses from the group.*</mark>

*Depending on how it's done, there are aspects of this strategy that are arguably really positive:*

- *This strategy acknowledges and appreciates difference.  It also encourages us to examine our own personal prejudices and stereotypes so that our interactions with other individuals are respectful.*

**Equity Lens Training** – Scott Winn, 2012                                      Page 6

DIEMERT_PROD04_10234

- *On the other hand, if our goal is justice and equity, there are ways that this model could be seen as limited or even counterproductive, depending on how it's used:*
- *People in dominant categories in a position to be taught by members of marginalized communities. Often looks like people of color being asked by the trainer to perform their "difference" for white folks. This keeps white folks at the center and can cause folks to feel objectified or tokenized.*
- *This model is focused on changing individuals. The goal is for individuals to shape up and treat other individuals well so that people get along. It can end up sending the message that as long as I'm treating other people nicely and not saying anything offensive about another person's race, or gender of sexual orientation, then that's all I can do.*
- *Or on the flip side: as long as no one's saying anything offensive about my race/gender/sexual orientation, then what do I have to complain about.*
- *That is why corporations love diversity training – it helps people get along better, get better work done, which means more profit. It also helps them keep away from legal trouble.*

So, in diversity strategies we have dialogues across difference- so we might have a dialogue on race.  If we were to switch from a diversity strategy to an **anti-oppression** strategy the conversation would shift as well. So instead of a "dialogue on race" it would be called a "dialogue on _____ what?"

- Someone usually says racism- which is great.  Sometimes they say "a dialogue on oppression" if they do say, yes, if we had oppression to a dialogue on race, what would it be called?  Then someone usually says racism.

(above 2 screenshots discussing why the City of Seattle doesn't conduct anti-discrimination or anti-harassment training is taken from RSJI Equity Lens Training guide for facilitators, also in PDR_RSJI 1)

Internally, the City of Seattle says that "anti-discrimination and harassment training" only uphold the System of White Supremacy and state that because these trainings uphold White Supremacy that they do not teach them, and instead conduct "Anti-Racism" sessions which do "real work" and are actionable.  Anti-Racism sounds good on its face, and using colloquial language we can all agree that being anti-racist is a good thing, but the City of Seattle has its own definition for Anti-Racist. They are not just teaching theories but are implementing praxis and instituting them into the structure of the City of Seattle itself.



## What is Anti-Racism?

- Anti-racism means to explicitly address racist policies, procedures, practices in order to reduce racial inequities
  - This also includes addressing power and gatekeeping within the organization
- It requires a root cause and structural analysis
- Anti-racist practices include centering the most impacted by racism, such as the Black, Indigenous, and People of Color (BIPOC)

(screenshot taken from Let's Talk Race 2 PowerPoint used in RSJI training)

## TRANSFORMATIONAL, ANTI-RACIST ORGANIZING



| TRANSFORMATIONAL, ANTI-RACIST ORGANIZING<br>Some of the components that have emerged/are emerging<br>as part of this approach | Consider your body, heart and soul as you respond to these questions: 1) What resonates for you? Why? 2) Where might you be resisting? Why? |
| --- | --- |
| **Supports anti-racism as a *lived and life-affirming practice.***<br>• Strives to lift up interconnection, creativity, collective health, wellbeing and belonging, all of which are central to the ways of being and knowing of Black, Indigenous and People of Color (BIPOC) communities.<br>• Understands that transformational work is about co-liberation (all of our liberation) and that this includes people, land and nature.<br>• Acknowledges how relationships and culture (in addition to policies, practices and procedures) are central to institutional and structural change.<br>• Acknowledges that we organize, we move people, *in relationship.* This is what we call relational organizing.<br>• Able to center, hold reparative and healing practices and processes. | |
| **Shifts from *knowing* what is true to *feeling* what is true, and letting that shape our knowledge.**<br>• Knows that we must feel the feelings in our bodies – when we experience belonging, justice, and also white supremacy (the disembodiment, etc.).<br>• Centers relational, creative, mindful and body-connected ways that serve as antidotes to the culture of white supremacy.<br>• Emphasizes a whole body and soul approach, one that takes into account the wholeness of our living systems. | |
| **Integrates all four levels of racism (internalized, interpersonal, institutional, structural) and intersections with other forms of oppression.** | |

(screenshot taken from City of Seattle RSJI handout TRANSFORMATIONAL, ANTI-RACIST ORGANIZING)

DIEMERT_PROD04_10236

The term anti-racist organization derived from the People's Institute for Survival and Beyond. The City of Seattle copied and adopted PISAB's core principles and applied them to the city framework with the help of Critical Race Theorist Robin D'Angelo, who was also contracted to create the City of Seattle's RSJI training program.



(Screenshot of internal City of Seattle email)

The assertion by the City of Seattle that I did not express my concerns to the City of Seattle is blatantly false. I reported my issue with multiple managers, supervisors, HR representatives, my union rep Shaun Van Eyk and multiple different trainers and co-workers. I complained multiple times but was repeatedly told that I had no right to feel comfortable in the workplace because I was white and white people were responsible for the issues People of Color face today. The facilitator guide created by the creators of RSJI, Robin DiAngelo and Darlene Flynn tell trainers to say this as well.

Every day a person of color wakes up knowing that they will receive actions and comments that hurt and anger them because of their race. They have to decide each time how to handle it – It is exhausting. Let it go, or confront people. Take the opportunity to teach someone and accept the possibility of attack and denial.

It is best in training to have a script prepared to know how to deal with the complaint that someone doesn't feel safe and doesn't want to talk. Sometimes it is best for a person of color facilitator to address concerns of people of color and a white facilitator to address white concerns.

Do not get into a debate, it isn't about safety, it is about levels of comfort

Start with "this comes up often"

**Books:**
"Let's Get Real: What People of Color Can't Say and Whites Won't Ask About Racism"
*Lee Mun Wah*

"Is Everyone Really Equal"
*Robin DiAngelo, PhD*

**Handouts:**
Language for Leading and Facilitating Change
The Five Truths about Fear

(screenshot is from instructions for facilitators labeled RSJ Safety Issue Training By Darlene Flynn and Robin DiAngelo)

DIEMERT_PROD04_10238

**From:**       Diemert, Joshua
**Sent:**       Wednesday, November 14, 2018 10:08 AM
**To:**         Van Eyk, Shaun
**Subject:**    Compulsory RSJI classes

Good Morning,

I have issues with some of the mandatory training we have to attend as an employee of Seattle. Is there a way we can have a meeting? Some of it has to do with the material being taught, which I have found to be extremely racist as it blankets entire groups of people with stereotypes based solely on the quantifier of skin color. I also have found them teaching erroneous material, and revised history. I have a background in these subjects, graduated cum laude and have extensively studied some of the material they are revising. In my RSJI classes, a few of the things that they instructors have taught are:

- The 13th amendment is racist and a tool of enslavement
- Wealth redistribution is the only mechanism to fix the issues at hand
- Individuality or the want to always better yourself are tenants of white supremacy
- Looking at the content of character and being colorblind is a tenant of white supremacy (what MLKJ proposed)

I can go on, but I think the point is made.

Also, in an RSJI training provided in the Central Building last year, the trainer had a power-point where he was referring to a study by the Brookings Institute that I am really familiar with. He used their graphs, except that he edited them. I wouldn't have noticed except that my OOC Supervisor at the time, Tina Inay, whom I was sitting next to, asked, "how come everything is about black and white? What about Asians?" Tina is Asian. I told her that we can easily find out by looking up the study and seeing for ourselves. When I did, I found that they completed removed Asians from the graph even though the same pic from the study included Asians. It was obvious why they did it. It would have countered everything they were espousing. The graph was concerning economic mobility. They used the graph as proof that America was based on a system of white supremacy because black Americans had a harder time moving up in class compared to their white counterparts. What they removed was the fact that Asians as a whole start out on the lowest rung, underneath black Americans, and excel past white Americans to the top of the economic ladder. While referencing the study, the trainer said that it was a myth that it was due to fatherless homes or the cultural importance of education when the study he was referencing actually lists those as the causes!

Also, I find it interesting that a lot of the handouts come from Communist or hard left Socialist websites. How do I know? At the bottom of most handouts it will have a footer. Do a reverse search for the document and you can see who hosts the forms.

Plus, they offer segregated classes dependent on skin color. How is this legal?

(screenshot from portion of email filed as Union11.13.18.pdf)

DIEMERT_PROD04_10239

I also told the members of the Change Team, Caucuses and Affiity Groups to stop sending me discriminatory and racist material or emails but they did not listen and continued to do so.



### RE: 12/04 (Today) White Caucus Meeting Agenda ▷ Inbox ☆

**Diemert, Joshua**
to Bowling
9:11 AM View details

Good Morning,

Please remove me from your email list. Although you have not included your discriminatory material in **this** email, I find your overt racism offensive and will file harassment charges with the EEOC if you continue. I am not sure if you are aware of this, but it is illegal both under federal and local laws to discriminate, and stereotype entire populations of people based solely on the color of their skin in the workplace.

Please do not email again unless it is directly related to the work I do.

Thank you,



Joshua A. Diemert
Program Intake Representative, Utility Assistance Programs
City of Seattle, Human Services Department
O: 206.684.0268 | F: 206.621.5012
Facebook | Twitter

"I have a dream that my four little children will one day live in a nation where they **will not be judged by the color of their skin but by the content of their character**."

~ Dr. Martin Luther King, Jr

https://www.eeoc.gov/laws/statutes/titlevii.cfm

In their Claim Response, the City of Seattle said, "While the department requires that staff attend at least two relevant trainings each year as part of the Race and Social Justice Initiative, it does not specify which trainings an individual must attend. . Whatever trainings a person selects to attend that meet the themes of the Race and Social Justice initiative, whether they are offered by the City or by external resources, can be applied toward the training component."

First, ALL the trainings that the City of Seattle offers, including externally, are all rooted in race-essentialism. The trainings all are based on Critical Race Theory so you cannot escape the discriminatory nature of the trainings. As I previously demonstrated, the City of Seattle does not conduct or offer"politically correct" anti-discrimination or anti-harassment training that an employee can take! To meet work performance requirements, a City of Seattle employee must take "Anti-Racist" trainings which are based on Critical Race Theory.



Just because the City of Seattle allows you to take WHICH class you take, doesn't mean it is optional. It is not. Also, as described in the email correspondence that the City of Seattle provided to EEOC itself, the City doesn't offer a lot of options in the classes you get to pick from. After working a few years for the city, an employee runs out of RSJI classes that they can sign up for which forces them to take the more egregious classes to fulfill their requirement, such as the racially segregated trainings. This is why in 2019, I ended up being forced to sign up for the Undoing Institutional Racism class offered by the People's Institute for Survival and Beyond. It was probably the most humiliating and discriminatory training I was required to take.

DIEMERT_PROD04_10241

  Also, each year the City of Seattle has additional RSJI classes that they mandate that you take on top of the two RSJI trainings that get to choose.



**Required RSJI Training**

HSD's commitment to race and social justice is paramount.

**Questions? Contact Lupe Vidaurri at ext.4-0103**

* All employees are required to complete **Race: The Power of an Illusion, Undoing Institutional Racism,** and **OCR RSJI Implicit Bias & Policy.**

| Race: The Power of an Illusion | | | |
|---|---|---|---|
| Division | Percentage | # of Employees | Training Completed |
| ADS | 51% | 184 | 93 |
| HSI | 39% | 31 | 12 |
| LAD | 38% | 61 | 23 |
| YFE | 27% | 56 | 15 |

| Undoing Institutional Racism | | | |
|---|---|---|---|
| Division | Percentage | # of Employees | Training Completed |
| ADS | 48% | 184 | 88 |
| HSI | 68% | 31 | 21 |
| LAD | 72% | 61 | 44 |
| YFE | 66% | 56 | 37 |

| OCR RSJI Implicit Bias & Policy | | | |
|---|---|---|---|
| Division | Percentage | # of Employees | Training Completed |
| ADS | 16% | 184 | 29 |
| HSI | 35% | 31 | 11 |
| LAD | 21% | 61 | 13 |
| YFE | 29% | 56 | 16 |

The City of Seattle started lying about the trainings after they were investigated by the DOJ. The RSJI trainings have always been mandatory. While being investigated, the Mayor put out a statement saying that they were optionable. Some of my co-workers and myself attempted to stop taking them and have them removed from our work reviews but were told that the Mayor's statement was incorrect and we were still required to take them. Fortunately, because of COVID, we were excused for not taking them that year.



DIEMERT_PROD04_10243

The response from the City of Seattle also implies that the only RSJ trainings that I have received are the ones listed in Cornerstone but this is false. We have RSJ trainings embedded into every meeting, retreat, summit, event, etc we must attend. We also have specialized trainings that are designed for our units and departments that we go to as a group. The RSJ ideology is also incorporated into everything we do, so even without the trainings we are still subjected to the racist ideology the RSJ trainings are rooted in. Even if I never took a single RSJ training, I would still be subjected to racist and discriminatory ideology that is embedded into everything we did at the City of Seattle. Its ironic because the City of Seattle proclaims they are fighting systemic racism, but have systemically embedded an ideology based on race-essentialism that uses racial stereotypes, racism and discrimination into the framework of the City itself.

The City of Seattle requires all employees to embrace the race essentialism, racial stereotyping and racial discrimination that the Race and Social Justice Initiative is based on. They maintain strict adherance and do not allow anyone to disagree or be allowed to hold a different viewpoint. In 2021 I attempted to create a non-race based affinity group that focused on people's commonalities rather than the differences in their skin color and I was denied. Internal emails I received from a Public Disclosure Request show that there were no rules pertaining to the creation of new affinity groups and that they created them so that I could not create a non-race based group.

In a rebuttal to me wanting to create a non-race based affinity group that rejects racial stereotypes, HR strongly reminded me in the email that "HSD staff are also required to support the goals of the Race and Social Justice Initiative and the City's commitment to workforce equity according to the City's Core Competencies that are outlined in HSD's Workplace Expectations, see attached on Page 6" because the discriminatory race based RSJ is not just traning, but an ideology that is embedded into everything we do. We are forced to judge everyone by race, stereotype and give different races attributes based on their skin color and that if believe in being colorblind, or in judging people on individual merit then we are labeled as white supremacists and told we can be fired for not following RSJI.

DIEMERT_PROD04_10244

**Sent:** Monday, August 02, 2021 8:44 AM
**To:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

Joshua-

I am very sorry to hear about your recent accident and hope that you and anyone else involved are alright. I have taken over leave duties at HSD until Tina's position is filled. Please reach out to me if you have any leave needs stemming from your accident.

About your request regarding affinity groups, at this time, you have not been authorized to begin work on an affinity group. So, please hold off on moving forward with utilizing any City platforms like SharePoint pages or City e-mail to send information about an affinity group until you have received proper authorization to move forward.

City-sponsored workgroups, including the creation of affinity groups, that are approved for staff participation would need to support the City's Race and Social Justice Initiative as stated on the City's SharePoint page for affinity groups where it is stated: "During off-work hours or during work hours with special permission, City of Seattle employees meet regularly to organize affinity groups focused on forwarding the City of Seattle's Race and Social Justice Initiative's efforts to eliminate racial disparities and achieve racial equity in Seattle." Here is a link to the City's affinity group page for reference: https://seattlegov.sharepoint.com/affinity. Our HSD staff are also required to support the goals of the Race and Social Justice Initiative and the City's commitment to workforce equity according to the City's Core Competencies that are outlined in HSD's Workplace Expectations, see attached on Page 6. HSD leadership has delegated management of its affinity groups (called caucuses) to the HSD Change Team. To proceed with your interest in creating an affinity group at HSD you will need to go through the process of making a proposal to the HSD Change Team. The current Change Team co-leads are Shay Brown and Krista Sneller. This is how other affinity groups at HSD have come to be. They will review your proposal to ensure any new affinity group would support and advance the efforts of the City's RSJ Initiative and aid in eliminating racial disparities, as stated on the City's affinity groups SharePoint page.

Ryan

The Change Team advocates race-essentialism and promotes an ideology that stereotypes entire groups of people based on their skin color. Their job is to ensure that this discriminatory ideology is being taught to the workforce and that all policies and procedures are created using an intersectional critical race theory lens. There is no rule stating that affinity groups must be approved by the Change Team or any other body.

DIEMERT_PROD04_10245

**From:** Diemert, Joshua
**Sent:** Thursday, July 08, 2021 2:04 PM
**To:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

So, if there is no governance, I should be able to start another affinity group correct? I would like to create a non-race-based group that advocates for western liberal values and rejects stereotyping people by race. Should I just send out an email announcement or does the city only allow the promotion of political ideologies such as Critical Race Theory and Critical Social Justice that stereotype people by race?

Joshua Diemert
  Program Intake Representative
  City of Seattle, Utility Discount Program
  810 Third Avenue, Suite 440, Seattle, WA 98104
  O: 206-684-0268 | F: 206-621-5012 | Email: joshua.diemert@seattle.gov
  Facebook | Twitter | Blog

**From:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Sent:** Thursday, July 08, 2021 1:54 PM
**To:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

Joshua-

I received information from to Tamar Zere at the Seattle Office for Civil Rights regarding the establishment of affinity groups. She stated that SOCR does not currently have citywide program language regarding the purpose of City Affinity Groups. Each affinity group is connected to a City department specifically and serves many purposes for that department. She said there have been discussions with the Mayor's Office about formalizing the role of affinity groups within the RSJI infrastructure citywide, but, that these conversations have not been fruitful to date.

So, it sounds like our HSD affinity groups were probably established internally with the support and governance of the HSD Change Team. The current caucus co-chairs are all Change Team members from what I can gather.

Ryan

**From:** Diemert, Joshua <Joshua.Diemert@seattle.gov>
**Sent:** Thursday, July 01, 2021 9:45 AM
**To:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Cc:** Nikki Dias <nikki@pte17.org>
**Subject:** RE: Affinity Groups

Thank you for your quick response.

(Above screenshots from email chain labeled 2021.8.2 RE_ Race Based Affinity Groups.PDF)

DIEMERT_PROD04_10246

**From:** Zere, Tamar <Tamar.Zere@seattle.gov>
**Sent:** Wednesday, July 07, 2021 10:22 PM
**To:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Subject:** RE: Affinity Groups

Hi Ryan,

My most sincere apologies for not responding to your email sooner!

Unfortunately, SOCR does not have language regarding the purpose of City Affinity Groups. As you can imagine, each affinity group is connected to a City department and serves many purposes. Generally, it is a space where cultural issues are discussed and because they are not formally sanctioned spaces, they often struggle with membership, funds, and resources. There have been discussions with the Mayor's Office about formalizing the role of Affinity groups within the RSJI infrastructure. But these conversations have not been fruitful to date.

Thanks for reaching and I promise to respond sooner next time!

Tamar

---

**From:** Groce, Ryan <Ryan.Groce@seattle.gov>
**Sent:** Thursday, July 1, 2021 8:30 AM
**To:** Zere, Tamar <Tamar.Zere@seattle.gov>
**Subject:** FW: Affinity Groups

Hello Tamar-

My name is Ryan and I am the Employee and Labor Relations Manager at HSD. I received a question from an employee about affinity groups and how they are established. I have information about caucuses we have within HSD that are sub-groups of our RSJ Change Team, but that may not be the information this person is seeking. My HR Director, Terry McLellan encouraged me to reach out to you to see if OCR has language about the purpose of City Affinity Groups. She seemed certain that City Affinity Groups are in place to advance learning of RSJ, provide support and complete work as a collective to address and leverage racial inequity and social injustice, but anything you have from your office would be great.

Thanks and let me know if you have any questions.

Ryan

Ryan D. Groce (he/him)
Employee & Labor Relations Manager
City of Seattle, Human Services Department
O: 206.684.0116 | F: 206.470.6709 | Email: ryan.groce@seattle.gov
Facebook | Twitter

        I included these email chains to show that there is no going around their discriminatory ideology and they demand strict adherence, including in the trainings they offer. The only trainings that are approved must adhere to an ideology that discriminates and stereotypes people based on their race, religion, sex, etc. RSJI is explicitly rooted in the ideology promoted by the People's Institute for Survival and Beyond (PISAB), Challenging White Supremacy Workshop, Critical Race Theorist Robin DiAngelo, and Kimberle Crenshaw's Intersectionality. The City of Seattle's RSJI stems from its predecessor, the UIR Group, standing for the Undoing Institutional Racism Group. It was created after a small group was funded to attend a UIR workshop in Louisiana conducted by PISAB. The group came back and founded a club called UIR and began pushing to install its ideology within the City of Seattle. That ideology is Critical Race Theory. That club slowly began to implement policies and worked with PISAB to lobby the City for the RSJ Inititative. The Initiative was created and the UIR club changed its name to RSJI Change Team. Since then it has expanded greatly, and under an executive order directive signed by Mayor Murray, it has now become the central focus of the City of Seattle. The Office of Civil Rights is the primary department used to implement its ideology into policies by using the Racial Equity Toolkit (RET). They have implemented a discrinatory ideology into everything we do at the City. Like they said, they don't conduct politically correct anti-discrimination

DIEMERT_PROD04_10247

trainings that teach employees how to intereact at work. The trainings are used to teach the ideology and to instruct workers to implement the ideology into their work. We cannot get away from it, even if we take the risk of getting bad work performance reviews for not signing up for any of the RSJ trainings. You cannot escape the discrimination and racism and it has created a hostile work environment, expecially if you don't adhere to their ideology. They use shaming and other public pressure tactics to make any hesitant workers follow along. They threaten our jobs with it. It is in emails, in posters, in flyers, in every discussion. If you are a straight, white, Christian, male that believes in the western liberal values the United States is founded on, or uphold capitalism, you have a target on your back. You are not allowed to have those beliefs. If you do, you are labeled as a white supremacist, and you are ostracized.



 

# RSJI TRUTHS

**Truth 1: Colonialism is at the root of white supremacy.**
Our current racial landscape is the end result of ongoing colonization that seeks to exploit, erase and invisibilize Indigenous peoples. Government is established through colonialism and has created and continues to maintain racism.

**Truth 2: We live in a highly racialized society – i.e. race matters.**
This is evidenced in people's stories about their lived experiences and in all the data about life outcomes related to racial advantage and disadvantage – economic, health/life expectancy, education, criminal justice, housing, the environment and more.

**Truth 3: Racism is based on the legal and social construction of whiteness.**
When talking about race and racism, we also need to talk about whiteness: the construction of whiteness, how a preference for white was created, how it has been maintained for generations and how it functions.

**Truth 4: We're all part of the picture. None of us asked for this and we all have roles to play.**
It's not possible to live in the United States and not experience the impacts of colonialism, structural racism, and other intersecting forms of oppression (unearned advantage or disadvantage) on our lives. None of us are responsible for the past; but all of us are responsible for the present and to some extent, the future.

**Truth 5: Our health and wellbeing are interconnected, our liberation tied.**
White supremacy disconnects us from ourselves, each other and all living systems. Our anti-racist work must include attention to the inherent interconnection of all living systems and the reality that our health and wellbeing are collectively defined. We organize for our co-liberation. Anti-racism is a lived practice that integrates our mind, body, heart and spirit.

**Truth 6: We honor and lift up BIPOC organizers.**
Generations of Black, Indigenous and People of Color have created the path to our organizing today. Our work is only sustainable when the health and wellbeing of those most impacted, those leading the work – Black, Indigenous and People of Color – is centered.

**Truth 7: Government has a responsibility to be anti-racist.**
Racism and other intersecting forms of oppression are embedded and manifest throughout government, from our policies, practices and procedures to our culture and the ways we do our

Version 1. October 13, 2020

---

work. As City employees it is our responsibility to understand, challenge and work to dismantle racism and replace it with an anti-racist reality in which we all can thrive.

**Truth 8: Comprehensive solutions require examining all 4 levels of racism.**
Interpersonal, institutional, structural and internalized racism are constantly present and reinforcing one another. We must analyze the different impacts at each level and make decisions that integrate that holistic understanding.

**Truth 9: Internalized racism affects all of us.**
Effective, multi-racial, anti-racist organizing requires attention to the internalization of racism and its unique impacts on BIPOC and white people. How we internalize other forms of oppression – colonialism, sexism, classism, Christian dominance, heterosexism, ableism, nationalism, elitism and more – affects our internalization of racism and how we move through the world.

**Truth 10: Relational culture makes change possible.**
We embrace and cultivate a relational culture, one that counters the dehumanizing, transactional norms of white supremacy culture. Far from a checklist, anti-racism is an orientation, to ourselves and the world, which we nourish and grow through our daily actions and reflections. The work of decolonization, anti-racism and co-liberation is necessarily creative and emergent, asking us to listen deeply to each other, adapting and responding with presence in the moment as a collective, multi-cultural and multi-generational movement.

DIEMERT_PROD04_10249

In their Claim Response, the City of Seattle also asserts that my transcript did not include any RSJI trainings in 2020 and 2021 as if the trainings are not a requirement. This is very misleading because nearly all of the classes in those years were canceled due to COVID or the DOJ investigation into them that occurred. Employees were notified that they would all be excused from classes because of COVID. This is ALL employees.

While it is true that I have not received any negative performance evaluations from my supervisor based on Race and Social Justice training, it doesn't mean I couldn't be. It is specifically listed as a work requirement for us to continue working for the City of Seattle and we are reminded of it constantly by our supervisors and upper management.. The City of Seattle also commented about the RSJI trainings I took in 2019, and stated "under the category 'meeting City and Department expectations,' Mr. Diemert reported that he had attended 1 out of 2 Race and Social Justice training events in 2019 (50%), and he was nevertheless rated by his supervisor as 'fully performing'" but failed to mention that my Supervisor excused me for failing to meet my requirements because I was absent from work that year due to FMLA, and was only available to work part-time when I did work because of FMLA. Because I was out of the office, I was unable to take the classes. When I was able to take the classes, there were no classes offered except for the UIR class as stated in the email correspondence that the City of Seattle uploaded to the EEOC! Because I was out of the office and unable to take classes because none were offered when I was in the office, my supervisor excused me and stated this in the remarks on my work performance review.



| Tasks | Start Date | Due Date | Progress |
|---|---|---|---|
| Complete two RSJI related activities or events that increase knowledge to advance RSJ work. | 1/1/2019 | 12/31/2019 | 50% |
| Complete required training: Implicit Bias, Anti-Harassment/Discrimination, Information Security, Race: the Power of an Illusion. | 1/1/2019 | 12/31/2019 | 100% |
| Perform assigned job duties and responsibilities. | 1/1/2019 | 12/31/2019 | 100% |
| Follow City and Department Policy, Rules, and Workplace Expectations. | 1/1/2019 | 12/31/2019 | 100% |

| Comments | | | |
|---|---|---|---|

Chaney Kilpatrick - 4/11/2019 9:48:04 PM
Josh is meeting the city and department expectations as well as performing his job duties.

| Reviewer | Rating |
|---|---|
| Chaney Kilpatrick ( Manager ) | Fully Performing |

2019 Annual Review
Joshua Diemert                                                                Page | 3 of 12

City of Seattle

| Comments | |
|---|---|

Chaney Kilpatrick ( Manager ) :
Josh met the expectations of trainings. There were no other available trainings for him to attend outside of the UIR training.

(screenshot of 2019 performance review listing that I was unable to complete my task because the City of Seattle didn't offer any classes that I was able to attend)

DIEMERT_PROD04_10250



**Progress** 67%

| Tasks | Start Date | Due Date | Progress |
|---|---|---|---|
| Approve 105 applications per month (new/renewal) No more than 5% of approved files can have accuracy/ completeness issues (calculation, documentation, etc.). | 1/19/2019 | 12/31/2019 | 100% |
| Phone statistics expectations is 5 calls taken per hour, less than 25% of time in not ready, less than 3% of calls return to queue and less than 10% of calls transferred. Yearly goal is 4500. | 1/19/2019 | 12/31/2019 | 0% |
| Strength Community / Government Partnerships through regionalism | | | |

2019 Annual Review
Joshua Diemert

Page | 4 of 12

### City of Seattle

| | Start Date | Due Date | Progress |
|---|---|---|---|
| outreach and engagement: Continue cultivating and maintain current relationships. Participate in outreach events and assist with the Utility, Energy and Resource Summit. | 1/19/2019 | 12/31/2019 | 100% |

**Comments**

**Chaney Kilpatrick** - 4/11/2019 10:17:42 PM
Josh approved 176 new applications and 41 renewal applications from Jan- March 2019.

Josh was out on leave 37 days of the first quarter.

Josh has not taken phone calls during the first quarter.

Josh was assigned on average 20 applications per day.

| Reviewer | Rating |
|---|---|
| **Chaney Kilpatrick** ( Manager ) | Fully Performing |

**Comments**

**Chaney Kilpatrick** ( Manager ) :
Josh was able to approve 711 of the 1029 applications he received.

Josh has taken less than 10 calls during July- December because he was not scheduled to take calls.

Josh is scheduled to work 32 hours per week at this time.

(2019 Performance Review showing that I was out on FMLA during beginning of the year and only worked part time when I returned in the latter part of the year. Upon returning to work, the amount of hours I worked were on a step increase, meaning I worked even less hours when I first returned, and by the end of the year was working up to 32 hours per week. Note that I failed to perform my work goals but was listed as Fully Performing for the same reasons why I was listed as Fully Performing when I failed to meet my RSJI requirements. I was out on FMLA and my availability during the time I did work was limited.)

In an email the City of Seattle uploaded to the EEOC, I let HR know that I was unable to take a class because of my race. Note, that in the email chain, no one questions this. The City of Seattle states "HSD HR understood this to mean that Mr. Diemert believed that he could not sign up for certain classes because of his cultural background." Note that HSD HR also correctly assumed my statement to be true because they also believed I wasn't able to sign up for classes and didn't give me advice saying anything different. If I was wrong, wouldn't that have been a great time to correct me? Also, the Cornerstone training website run by the City of Seattle specifically gives prerequisites of race. Some say required, and some say "should take".

DIEMERT_PROD04_10251



(note that the prerequisite material comes from Challenging White Supremacy Workshop)

DIEMERT_PROD04_10252



DIEMERT_PROD04_10253





(embedded pictures above were screenshots of some of the race based RSJI classes offered in Cornerstone. The Cornerstone website does not list all the RSJI classes offered or mandated to take, but do have the core trainings)

DIEMERT_PROD04_10254

The City of Seattle lied when it stated in its response that it does not restrict anyone from taking classes based on race or cultural background. Below is a copy of an email from the lead RSJI trainer Iman Ibrahim asking white people to remove themselves from a black only training, and then later shaming them for their actions of attending. Public shaming and accusations of being a racist are common practice in the City of Seattle.

---

**Archived:** Wednesday, March 24, 2021 4:33:55 AM
**From:** Ibrahim, Iman
**Sent:** Thu, 10 Oct 2019 01:03:48 +0000Authentication
**To:** Zere, Tamar
**Cc:** Wheeler, Kyana; OBrien, Kelly
**Subject:** HSD Employees
**Sensitivity:** Normal

Hi Tamar,

Last Wednesday, three HSD ADS SKC employees, Igor Kaliberda, Nataliya Prysyazhnyuk, and Igor Selyuk, attended Implicit Bias 2.0 and were the same attendees from the December IRI training for HSD ADS POC employees. At the past December training, I recall that these three folks were apart of the group of employees that did not identify racially and/or as a POC and were asked from POC co-workers to remove themselves from the training. However, in the implicit bias 2.0 training, these individuals identified as white/Caucasian. At the end of the training, I asked if I could speak with them for a few minutes and verified if they were the same participants from the IRI training. I stated that I recognized them from that training and recalled how they identified and refused to leave when asked by their coworkers. I suggested that since they now are able to name their racial identity, they should reconcile with their coworkers and apologize for their actions from the December training. It became a 40 minute conversation with them naming confusion around registration, they wanted RSJI training credit, and felt uncomfortable being asked to leave. It ended with two of the three accepting my suggestion and one refusing to apologize for his actions. They also brought up the HSD RSJI facilitated discussion intended for Ukrainians/Russians/Immigrants. They talked about how the POC person that attended this discussion shouldn't have been there and was only there to "cause trouble" because they were informed verbally by the organizer it was only intended for Ukrainians and Russians and were not informed that it was open for other employees. They wanted to know why that person was not being held accountable for showing up and not being asked to apologize for showing up at their space. The conversation ended with asking them to own their impact regardless of their intentions and letting them know that I will be sharing how these three employees racially identified that day.

Thanks,


Iman Ibrahim
RSJI Training Coordinator
Pronouns: She/Her/Hers

City of Seattle | Office for Civil Rights
810 Third Avenue, Suite 750
Seattle, WA 98104-1627
Telephone: 206.684.4500
Fax: 206.684.0332

Reasonable accommodations for persons with disabilities and language interpretive services are available upon request.

This communication is the property of the Seattle Office for Civil Rights (SOCR) and may contain confidential or privileged information.  Unauthorized use of this communication is strictly prohibited and may be unlawful.  If you have received this communication in error, please immediately notify the sender by reply electronic mail and destroy all copies of the communication and any attachments.

This communication is for informational purposes only and is not for the purpose of providing legal advice, creating an agency decision or establishing an attorney-client relationship between SOCR and the recipient. Any responses to specific questions are based on the facts as we understand them, and are not intended to apply to any other situations. If you need legal

---

The City of Seattle lies when it says that none of the trainings are segregated by race, or that the City of Seattle doesn't target its employees for race specific classes based on their race. As an example, in June of 2020, the management within HR (Terry) along with a department director (Tanya Kim) sent out an email about how the City of Seattle was expanding its white only training during the George Floyd protests and riots so that white employees can learn how to deal with their "internalized racial superiority". No classes were offered for employees of any other racial class for "internalized racial superiority", just the white employees.

**From:** McLellan, Terry <Terry.McLellan@seattle.gov>
**Sent:** Thursday, June 11, 2020 1:29 PM
**To:** McLellan, Terry <Terry.McLellan@seattle.gov>
**Subject:** Time sensitive: Training on Internalized Racial Superiority -Tomorrow Morning (6/12):

Good afternoon,

I hope this message finds you well.

The Office of Civil Rights is hosting a training on Internalized Racial Superiority tomorrow morning, specifically targeted for White employees (see below).   Feel free to share this training with White Caucus members or other colleagues, if appropriate.

With peace,
Terry

(This message was blind copied to HSD SLT, White Caucus co-lead & Change Team co-lead)

---

**From:** Falchuk, Diana <Diana.Falchuk@seattle.gov>
**Sent:** Thursday, June 11, 2020 11:25 AM
**To:** RSJI_Citywide_Change_Team <RSJICitywideChangeTeam@seattle.gov>; RSJI_Sub_Cabinet <RSJISubCabinet@seattle.gov>; OCR_RSJI_Strategy_Team <OCR_RSJI_Strategy_Team@seattle.gov>
**Subject:** PLEASE SHARE: Tomorrow Morning (6/12): Training on Internalized Racial Superiority for White People

Hello everyone,

1

We're opening up this Friday's long-scheduled Citywide RSJI training on Internalized Racial Superiority, a training for white people, to additional white City employees. We'll hold the training on Microsoft Teams from 9:30 am - 12:00 pm. White employees not already registered can sign up at the link below.

Tomorrow, many City employees will be using paid or unpaid leave to take a day of reflection and action. We're inviting City employees who identify as white to join this training to learn, reflect, challenge ourselves, and build skills and relationships that help us show up more fully as allies and accomplices for racial justice. We'll examine our complicity in the system of white supremacy -- how we internalize and reinforce it -- and begin to cultivate practices that enable us to interrupt racism in ways that are accountable to Black, Indigenous and People of Color (BIPOC) folks within our community, including our friends and colleagues at the City.

White employees are invited to sign up here so we know you're joining us and can send you the meeting appointment and training materials.

Thank you,

DIEMERT_PROD04_10256

To participate in events, you must volunteer to segregate yourself by your race.

**Caucus #1**
*All caucuses will take place at the same time. Caucuses are completely voluntary and no one will be turned away. Caucuses are intended to deepen our understanding of our racialized experiences. City employees may choose to attend the caucus that aligns with how they identify racially. Please put a hold on your calendar if you plan to attend. Calendar appointments will be sent in the future.*
- Monday 11/9 from 2:30 – 4:00 pm

**Module 6**
*This module is 2.5 hours and will be offered 2 times:*
- <u>Module 6 (#1)</u> Tuesday 12/1 from 9:30-noon
- <u>Module 6 (#2)</u> Thursday 12/3 from 2-4:30pm

(screenshot taken from Shape-of-Trust-Key-Leaders-Invite.pdf)

I tried reporting the discrimination and racism, along with the segregated trainings at work to anyone who would listen beginning in 2015. I worked with my Union Rep in 2019 to try to end the segregated classes internally but later found that my union rep was actually working against me and helping the City advance its discriminatory practices. See uploaded email chain with my union rep Shaun Van Eyk.

I also had a meeting with my Human Resource rep Andi Morales (unsure the date but the meeting would be listed in my outlook calendar) and another with Brian Sharkey on the issue but my complaints didn't go anywhere. They basically let me vent and allow me to tell them that I thought it was illegal and discriminatory but didn't elevate my concerns. Since the City of Seattle trains all its employees that it is impossible to be racist towards white people, when racism and discrimination is reported, management acts as a gatekeeper and doesn't elevate it. They are only required to elevate claims of racism or discrimination and since it is impossible to be racist towards a white person then the claims of racism by the victim are mute.

I also told my supervisor Chaney Kilpatrick Goodwill multiple times but she didn't elevate my concerns. She said that the training says that all white people are racist and it is impossible to be racist towards white people. She didn't question it, but said it as if the City of Seattle training states this so it must be true. I also told every manager I had from Gloria Hatcher Mayes to Ron Mirabeau and every manager inbetween. I also reached out to different lawyers (see attachment). I felt alone and when I tried going to anyone outside the City of Seattle, most wouldn't even believe my assertions because the ideology the City of Seattle was professing, including segregating its employees, sounded crazy to them prior to the media reporting about it in June of 2020.

The City of Seattle also incorrectly described my Ethics Report in 2019-2021. Not only did they misrepresent what occurred, but they also lied in their statement to the EEOC about the result from me being a whistle-blower. My lead, Shamsu Said, who I reported for fraudulently using a city welfare program for financial gain, was not removed as my lead, was not punished for physically accosting me in the workplace, and was not held responsible for the illegal actions I reported and provided evidence for. Not only that, but the City of Seattle lied in their response to the EEOC when they said that he (Shamsu Said) was moved "to another office in order to create a better environment". None of this is true.

To understand the situation fully I need to go back a couple years. I originally held the Lead position held by Shamsu Said but was asked to step down because I wasn't able to work weekends due to my disability (FMLA limited my hours of work). I originally put forth a request that they make the

Lead two positions because the duties and role of the job had expanded due to technology advances and inter-office procedures. I put forth a proposition that would allow me to continue working in the Lead position because the workload for the position had increased since it was originally created but they denied my request. The manager of the department, Tina Inay, then began to shame me and make me feel guilty for staying in the position telling me that I was using my white privilege to hold the position and by doing so I was blocking a person of color from being able to apply for the job and advance. At first I refused to step down, but after a while I couldn't take the racially charged guilt trips and agreed to do so. I didn't want to but couldn't take the racially degrading remarks and shaming.

After I stepped down as Lead, the City of Seattle then put into my effect my recommendations that would have solved the problem they originally claimed was the reason they wanted me to step down (unable to work weekends or overtime) and split the position into two positions. They then hired two people to fill the position. Both had no experience in the department. Both had no experience in the job. Both had no experience in supervisory type roles. But, both were listed as minorities.

One of them was Shamsu Said. I was still used as a program expert and had to help train my replacements who would be my direct leads. It was a weird situation and because I knew the program better than them, I was never questioned about my work. The only questions I would receive from my direct leads was to help them do their duties.

Then toward the end of 2019 I was assigned an application for benefits to process. The notes said my lead Shamsu Said submitted the application to the office. He said that he received the application at an outreach event (later found out to be a lie). Upon review, I seen that the household had previously been caught defrauding the City of Seattle and was listed as a Hot File. Because of this, I made sure that I verified everything as is required when cases are Hot Files. Previously, the applicant was caught defrauding the City for benefits and lied on their application since they were actually a business (daycare) and were ineligible for the family based program.

My Lead, Shamsu Said, who had never questioned me about my work prior started badgering me about the case and telling me that I needed to hurry up and finish it. He told me that I didn't need to verify everything and insisted that I just approve the case.

There were questions I had about the case and often we get to know people in our community being at outreach events so I asked him if he knew the applicants and would be able to answer some questions. Upon asking, he got furious and stated that he did not know them and that I was being racist for asking him. He then went off on me and accused me of being Islamophobic and a racist for assuming they might be his family. I never said this, nor implied anything of the sort, but his erratic response made me curious. I noticed that someone with the same name as my Lead, Shamsu Said, was one of the original co-owner's of the home along with the applicant.

I then looked further into it and discovered Shamsu Said was the brother of the applicant, was previoulsy a co-owner of the property applying for benefits, and was also a DSHS certified worker at the daycare that made the house ineligible. I also learned that the household would also be over income even if they didn't have the daycare and that they had lied about their income. I never interacted with the actual applicants and received all the verification documents from my lead Shamsu Said directly who said he obtained verificcation documents at outreach events (still lying about his relationship to them saying he did not know them).

It was Shamsu Said's job to audit and review processed files to ensure that employees are not helping families fraud the program. It appeared he was doing what he was hired to prevent so I went above my supervisor and manager and reported the issue to my friend in the Mayor's Office Rodrigo, who oversaw the program. He then reported the incident to the Supervisor (Chaney) and Manager (Ron) and I was told to keep it a secret and that they would handle it. I denied the household for being over income, but not because their ineligibility due to home business because Shamsu submitted a signed declaration stating that the daycare had closed. At that time my management made me give them the file.

DIEMERT_PROD04_10258

Months went by and Shamsu continued being my lead. Then at the end of 2019 he wanted me to review the case and approve them saying their income changed. I refused saying it was no longer my case. He continued pressuring me to do so over the next couple months and in 2020 he said that the applicants applied again and he wanted me to approve the case for them. I told him that I would not sidestep the protocols how applications are submitted and that I had already handed the file over to management. He became erratic, irate and hostile at this point, rushed at me, got in my face and chest bumped me. Shamsu Said is a very athletic and tall young man (as a starter, played college basketball on scholarship for Oregon) and was attempting to use his size and demeanor to threaten me. He then began to degrade me and threaten me. This was witnessed by a co-worker who sat next to us named Charmaine Dancy.

I immediately left work and went to the Seattle Municipal Tower and reported the incident and fraud to Ethics. HR was informed of the issue and told me to go home and they would call me and let me know when I could return to work.

---

**Diemert, Joshua**

| | |
|---|---|
| **From:** | Joshua Diemert <diemert711@hotmail.com> |
| **Sent:** | Thursday, February 20, 2020 11:35 AM |
| **To:** | Mayo, Marc |
| **Subject:** | Lead UDP PIR Shamsu Said |
| **Attachments:** | Emerald City Transport Info.pdf; Shamsu Signature page.pdf; EmailsandEvidenceShamsuSaid.odt; MattiHomesShamsuSaid.pdf |

CAUTION: External Email

Good Morning,

I have attached a few examples of the connections my Lead, Senior PIR Shamsu Said of the HSD Utility Discount Program, has with the UDP applicant's he tried passing off as his "outreach clients". Please note, I asked him to his face in the Fall of 2019 if he knew the clients and he said no, that they are just outreach clients (I asked because I had questions about case and was hoping he could clarify them for me). This household was found to be on our program fraudulently in the past due to having an in-home daycare Matti Homes (previously listed under different name) which are ineligible. They were registered with DEL and their information can be found there. In the Fall of 2019 they re-applied stating the daycare was no longer in the home and operating elsewhere. The I denied the fall application because I found that they were not forthcoming with their income and didn't divulge all information. They were over income. The main provider of income in the house only declared 1 job, and only listed the income from the 1 job on the application but has had two jobs for many years (wouldn't Shamsu know this? He was the one that gathered their documents and application). Also, after I denied them I researched a little more and found that the applicant's own more homes/businesses. I also found LLC's registered to Queens, NY which is one of the places people register companies if they are trying to conceal their connections due to the laws there.

I actually thought I was done with this. I reported case to Rodrigo (Operations Manager) and Chaney (supervisor) and denied the case out in the Fall of 2019. I stated that there could be a rational explanation but it was best to error on the side of caution since it didn't look on the up and up. Shamsu was co-owner of 2 companies connected to household including a daycare that was operating in house when household was fraudulently on UDP. Shamsu is also a co-owner of the home in question.

Then, at the beginning of February I received an email (I think I've either CC'd or BC'd my supervisor

At first, the City of Seattle said that I could come back to work but that I wouldn't be allowed to keep my corner window office (which I earned and coveted) because Shamsu sat next to me. I told them that it was unfair that I would be punished for reporting the incident by forcing me to lose my spot and move. I demanded that if anyone would need to move it should be Shamsu. They later agreed and Shamsu was moved to a cubicle 10 feet away. I was also told by Marc Mayo of Ethics that they weren't going to pursue anything against Shamsu because the union found a loophole in the rules that said only direct lineworkers weren't allowed to do what he did and that he was technically in management since he was a lead. They stated since the rules didn't cite anything for supervisors he was going to get off on a tecnicality.

Shamsu continued being my lead that I had to report to. He was not punished for accosting me in the workplace. The only thing that changed was that he was moved to a cubicle about 10 feet away from me. After that incident, he would use his position to pick on me and interestingly, my numbers pertaining to my work which he was responsible for calculating dropped significantly. He was responsible for the office email and I stopped getting emails from my clients forwarded to me. I also stopped getting some of my mail including my faxes from Employment Security that he received. He would also make comments in the office about me being a racist in the office. At this point I never discussed what had happened with my co-workers, but he talked and led some of my co-workers to believe that I made complaints about him because I was a racist. I previously was well liked in the office and after that incident some of my co-workers would give me the cold shoulder.

I continued doing my work but in the summer of 2021 I finally told another co-worker, Rose Long, what had occurred. While doing so we seen that his sister, Naemi Said, was placed on the benefit program less than a month after I reported the fraudulent application even though she was still ineligible because her daycare was still operational. Shamsu Said was also responsible for reviewing his sister's case after approval and let them get on the program even though they were not eligible. Rose and I did some quick research and found that the business was still operational and the household was still ineligible. Shamsu Said was still a certified worker at the daycare as well. It would be difficult for anyone to argue he didn't know his sister's application was not eligible.

I already reported the fraud two previous times and the City fought hard to protect Shamsu Said. They even protected him when he physically accosted me in the workplace and made sure he was not reprimanded for either action. The mandated City of Seattle RSJI training specifies that white employees should give up their comfort, not apply for senior positions so people of color can advance and shouldn't feel safe in their spaces since black employees cannot do the same. City of Seattle management fought to remove me from the same Lead position when I was effectively doing my job explicitly because of my race so my only conclusion would be that the City of Seattle was going out of their way to protect and ensure Shamsu Said kept the same position for the same reason, his race.

To ensure my report wouldn't be swept under the rug again, I detailed the incident in an email and attached evidence of the fraud to the email and sent it across my department unit. My co-workers, who understand the eligibility rules and verification protocols would be able to see the evidence for themselves and the City of Seattle upper management would no longer be able to protect and hide the fraud. It worked. It forced both Ethics and HR to investigate again, but they continued to protect him.

DIEMERT_PROD04_10261

**Diemert, Joshua**

| | |
|---|---|
| **From:** | Diemert, Joshua |
| **Sent:** | Tuesday, August 31, 2021 10:39 AM |
| **To:** | HSD_Utility_Assistance_Team |
| **Subject:** | FW: Why Does City Leadership Have a History of Covering Up Corruption Within the City of Seattle? |
| **Attachments:** | ChildCareMonitoringChecklist.pdf; Facility Licensing Compliance Agreement (1).pdf; Facility Licensing Compliance Agreement.pdf |

We are told that we must dismantle the racist and oppressive systems within the City of Seattle in our mandatory Race and Social Justice trainings. We are instructed to use our positions to be Social Justice advocates and that we must act when we see racism and inequity leading to improprieties. I have always done what the City of Seattle has required me to do and this email is proof of my subservience to the city's requests made in the mandatory trainings.

I had a meeting with Tanya Kim in February 2020 where we discussed my revulsion over the amount of unethical and illegal behavior I have witnessed during my time with HSD and the failure by City leadership to address or elevate the incidences when I reported them. I have documented my experience while working for the city and made sure to report the unethical and discriminatory behavior I have witnessed to human resources, past supervisors, past managers and past department directors. In the 2020 meeting, Tanya stated that she recognized the issues within the department and assured me that her goal was to change the culture of HSD so that it would not continue. She lied, which is why I am sending this email so that the City of Seattle cannot cover up the malfeasance that occurs regularly in the department.

Approximately 10 years ago, when I transferred from Department of Social and Health Services to the City of Seattle, one of my first jobs was to audit the files of City workers who were active on the Utility Discount Program. I was told by my lead at the time, Monica Humphreys, that one of the reasons I was assigned this duty was because I didn't know anyone so there would be no conflict of interest. I was told it was a sensitive matter and to keep it discreet because the city was still recovering from the embarrassment of the SPU scandal where SPU employees were taking advantage of their positions with the city and zeroing out each other's utility bills. Every file I audited was ineligible for the program at the time of application but somehow managed to be approved. I went through the steps to verify they were over income and removed them from receiving any more benefits. Many of these people still work for the City of Seattle and are currently in leadership positions. I am not aware of any of the employees that I determined to be fraudulently on the program being reprimanded or back-billed for the benefits they fraudulently received.

Actions committed by employees aren't always representative of the organization, but the repeated decision to cover up misconduct rather than address it makes the City of Seattle culpable.

(portion of email sent out to department unit that had attachments and embedded pictures of fraud)

During the investigation, the file was lost and much of the evidence became missing. The Ethics department gave me a copy of the investigative report and it was inaccurate and didn't even follow timestamped timeline of events recorded in the UAP system used for notes along with my email leading me to believe the y purposely did a sloppy job conducting the investigation. They also did not interview any of the actual witnesses and instead interviewed co-workers who had nothing to do with anything. Charmaine Dancy has yet to be interviewed by any investigator even though she witnessed Shamsu Said assaulting me previously.

Recently, the Ethics department went before the independent board SEEC and asked that the commission drop any charges against Shamsu that came as a result of my report. The SEEC was appalled that the Ethics department described the fraud as true, but "minor" to them and voted for charges to proceed against the City of Seattle's lawyer's wishes.

(Video of SEEC Hearing https://www.seattlechannel.org/ethics?videoid=x136993 start 12:54)

This exchange is publicly aired and I was appalled when I watched it because the Ethics

department continued their attempt to protect Shamsu, lied about the case to the SEEC and the evidence linking Shamsu to the fraud in order to minimize his involvement during the independent review SEEC hearing. The City of Seattle lawyer alluded that they had no evidence that Shamsu could have known about his sister's fraud, even though he is a DSHS certified worker at the daycare! It is the daycare that makes them ineligible and Shamsu is the Lead who reviews and audits case files and knows all the rules! The internal fraud case I originally reported in 2019 is still ongoing.

This same lead, Shamsu Said, at multiple times in 2019 and 2020 parroted the RSJI training and said that I had White Privilege and was responsible for the slavery of the past because I am white while I worked under him. One time, I was so upset about one of the times he verbally degraded me due to my race and religion that I created an essay with attached documents from the Smithsonian, Wellesley Colllege and American Bar Association to give to him in refutation of his inaccuracies in history and insults towards me but I decided last minute not to do so and ended up giving to a co-worker Toni Espinoza the next day instead after venting to her about the incident (I didn't let her know that I was talking about Shamsu because she was friends with him).

I have multiple incidents of discrimination and racism that occurred while I worked at the City of Seattle, but the above submission is only in response to City of Seattle's Claim Response that they submitted.

Additionally, I originally tried making a claim months earlier in August of 2020 but they EEOC was not accepting any appointments due to COVID.

  publicportal.eeoc.gov/sch  

**EEOC Scheduling Mobile Site**

**Appointment Scheduling**
**Step 2 of 3**

Go Back   EEOC Public Portal

Currently, there are no appointments available. New appointment times open-up daily, so if none are available now, please check the calendar throughout the day.

**Appointment Date Selector**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|  | 09/28/2020 | 09/29/2020 | 09/30/2020 | 10/01/2020 | 10/02/2020 | 10/03/2020 |
| 10/04/2020 | 10/05/2020 | 10/06/2020 | 10/07/2020 | 10/08/2020 | 10/09/2020 | 10/10/2020 |
| 10/11/2020 | 10/12/2020 | 10/13/2020 | 10/14/2020 | 10/15/2020 | 10/16/2020 | 10/17/2020 |
| 10/18/2020 | 10/19/2020 | 10/20/2020 | 10/21/2020 | 10/22/2020 | 10/23/2020 | 10/24/2020 |
| 10/25/2020 | 10/26/2020 | 10/27/2020 |  |  |  |  |

Go Back   EEOC Public Portal

DIEMERT_PROD04_10263

After a couple months of attempting to get ahold of someone, I then created my own Charge of Discrimination Statement and began faxing and emailing them to the EEOC.



I didn't receive a response from my faxes or emails so I continued to try and make an appointment online but all the slots were continually "greyed out" even though I searched multiple times everyday at different hours of the day.



I believe this is pertinent to the matter, because the 300 day period is very limiting pertaining to the discrimination and hostile work environment I have been working in for the past 9 years and was subjective to the EEOC interviewing me for a "Charge" when they were not accepting new interviews due to COVID. Shouldn't the Charge Letters I faxed and emailed also be accepted? Since I have incidents that are in both periods, shouldn't the incidents that occurred prior be in a separate charge based on the date the Charge of Discrimination I submitted months prior?

Finally, the City of Seattle seemed to focus on the RSJI training themselves, but my charge is not just against the training, but against the hostile work environment created by the training and the policies embedded systemically into the City framework that are the reasons for the training. The Race and Social Justice Initiative is based on a racist and discriminatory ideology and embeds racism and discrimination into every policy, action and interaction in the City of Seattle. I will be uploading additional documents and material including more details on my actual charge submitted but wanted to also submit this rebuttal after reading the City of Seattle's Response because it was deceptive, inaccurate and was grossly misleading.

Joshua Diemert
April 2022

I apologize for any misspellings, bad grammar, or unclear prose but it has been very difficult for me to revisit this issue and attempt to explain because the memories of my time at the City of Seattle is very upsetting to me. My blood pressure goes up, my heart rate increases and it makes me sick to my stomach thinking about what I had to go through while working there. My health has greatly improved since I was compelled to quit but anytime I revisit my experiences there, I feel ill and it is difficult to not try to crawl and bed and sleep to escape.



City of Seattle rejects looking at people as individuals, and states that individualtiy is a tool of white supremacy. Instead, it adovocates that people should be looked at collectively by their race and that their race and history of people belonging to their race are connected. The City of Seattle stereotypes employees based on their collective.

DIEMERT_PROD04_10265



White workers are told to be quiet and let people of color speak. White workers are told they are not allowed to talk about issues pertaining to people of color and that only people of color can be experts in stereotyped issues pertaining to black people. This is said both vocally and can be found in City of Seattle documents. I have been told more than once to be quiet because of both my sex and color of skin.

DIEMERT_PROD04_10266



RSJ Foundations Terms Timeline

| Meeting Dates | Terms | Individual assigned to term/concept |
|---|---|---|
| April 8 | Socialization **** | Manal, Diana, & Janell |
| | Culture ***** | Manal, Diana, & Janell |
| Loren, Kyana, & | Power **** | Sallie & Patty |
| Iman out | Social Position ***** | Sallie & Patty |
| April 22 | Socialization **** | Manal & Janell |
| | Culture ***** | Manal & Janell |
| | Power **** | Sallie, Patty, & Iman |
| Diana & Kyana | Social Position ****** | Sallie, Patty, & Iman |
| out | Systems perception of history with focus on Seattle to include intersectionality and concept of race and gender | Loren |
| April 29 | Culture ***** | Manal, Iman, & Diana |
| | Power **** | |
| Sallie, Patty, | Social Position ****** | Loren |
| Kyana, & Debbie | Systems perception of history with focus on Seattle to | |
| out | include intersectionality and concept of race and gender | |
| May 6 | Social Position ****** | Manal & Iman |
| | Oppression ***** | Diana & Patty |
| Janell out | Intersectionality ****** | Kyana |
| | Systems perception of history with focus on Seattle to include intersectionality and concept of race and gender | Loren |
| May 7 | Racism ***** | Iman, Janell, Patty, Sallie |
| | Colonization ** and Imperialism | |
| Diana, Kyana, | White supremacy | |
| and Manal out | Systems perception of history with focus on Seattle to include intersectionality and concept of race and gender | Loren |
| May 13 | Racism ***** | Kyana & Manal |
| | Colonization ** and Imperialism | Kyana & Manal |
| Janell out | White supremacy | Kyana & Manal |
| | White Christian Nationalism | Patty & Diana |
| | Islamaphobia | Patty & Diana |
| | Antisemitism | Patty & Diana |
| | Systems perception of history with focus on Seattle to | Loren |



## Why We Lead With Race
Developed by Scott Wynn (2012)

| Privileged / agent group | Oppressed / target group | Oppression |
|---|---|---|
| White | People of color | Racism |
| Men | Women | Sexism |
| Formal education | Brilliant masses | Elitism |
| Wealthy | Poor and working class | Classism / capitalism |
| Straight | LGBTQ | Heterosexism |
| Cis-gendered | Transgendered | Genderism |
| Christian | Non-Christian | Christian hegemony |
| Middle-aged | Youth and elders | Ageism |
| Citizens | Immigrants and refugees | Nationalism |
| Able-bodied | Disabled | Ableism |
| Non-native | Native Americans and Alaskan Natives | colonialism |

Racism: System of advantage based on race

DIEMERT_PROD04_10267



conscious of this issue. He decided to focus on the impact of race because systemic oppression based on race and ethnicity has shaped all aspects of American life. Here in Seattle, institutional racism shapes where we live, where we work, how well we do in school, how long we will live, and the likelihood of our involvement in the judicial system.

Institutional racism impacts all of us, whether we're straight or gay, able-bodied or disabled. The Initiative acknowledges the profound impact of race on our city, and the huge cost of *not* creating a more equitable, inclusive society.

**What do you mean by "institutional racism?"**

racial prejudice + systemic power = institutional racism

Institutional racism uses skin color to grant power and privilege to one group, and to limit power and privilege for other groups. This system of power and privilege based on skin color is enforced by the institution's policies, practices and procedures. It appears normal and often operates automatically and invisibly.

**More than 70% of the people who live in Seattle are white. How will the RSJ Initiative benefit them?**

Everyone in Seattle can benefit from changing how the City conducts its business. Long-term results will include:

- Reducing the cost of litigation and mitigation due to discrimination;
- Reducing the expense of coping with systemic problems caused by institutional racism;
- Improving the sense of trust and value in government.
- Unleashing the full potential of our community.

## white-supremacy_culture presentation

DEI / RSJI Change Team  >  Shared Documents

Dawson-Miller, Jennifer modified on December 8, ...  •  11 views

**white** supremacy **culture** has damaging characteristics because norms & standards are used without... We all live in a **white**

## White Ally - White Supremacy Culture - Perfectio...

SDCI All Staff  >  ....  >  White Ally Team

Elwood, Linda modified on October 2, 2020

enjoy and be enriched by her thoughts on Perfectionism, another element of **White** Supremacy **culture**... These behaviors are

## White Supremacy Culture

DEI / RSJI Change Team  >  Shared Docs

Dawson-Miller, Jennifer modified on July 21, 2020

## Addressing White Supremacy 9.2020 cultures con...

SDCI All Staff  >  ....  >  White Ally Team

Elwood, Linda modified on October 8, 2020

FROM **CULTURES** CONNECTING...

## Ally Mtg Notes 8.and Articles 8.18.20- White Supr...

SDCI All Staff  >  ....  >  White Ally Team

Elwood, Linda modified on August 19, 2020  •  20 views

not been successful in the past is because **white** people do not embody the responses necessary to interrupt systemic racism

## White Supremacy Culture

SPU Race & Social Justice Initiative  >  Research Library

Hunter, Natalie modified on February 1, 2019

DIEMERT_PROD04_10268

 ### Withering-Under-the-White-Gaze

SPU Race & Social Justice Initiative  ›  Research Library

**Hunter, Natalie** modified on April 10, 2018

The **white** gaze is the product of a **culture** that automatically centers whiteness and gives **white** people the benefit of the



 ### City of Seattle Brand Portal

https://seattlegov.sharepoint.com/sites/sea/branding

Updated on July 14, 2020  •  3070 views

All uses of the City of... Archives Arts and **Culture**\* City Attorney City Auditor City Budget Office (CBO) City Clerk... Brand Colors The Seattle logo uses three colors Seattle Blue, Black, and

 ### Me_And_White_Supremacy_Workbook__FINAL_B...

SDCI Race & Social Justice Initiative  ›  TrainingLibrary

**Sheehy, Katie** modified on November 22, 2018

me and **white** supremacy workbook layla f. saad... entitled "I need to talk to spiritual **white** women about **white** supremacy",

 ### WhyPeople-of-ColorNeedSpacesWithoutWhitePe...

SPU Race & Social Justice Initiative  ›  New RSJ Articles

**Hunter, Natalie** modified on February 1, 2019

we can get off the treadmill of making **white** people comfortable and finally realize just how tired... of myself I had cut off to fit



 ### People Culture Non-Labor Template_kk updates

Budget Office  ›  ....  ›  Non-Labor Analysis

**Regis, Joe** modified 13 days ago

https://seattlegov.sharepoint.com/_layouts/15/sharepoint.aspx?p=3&q=WHITE%20CULTU...   2/2/2021

DIEMERT_PROD04_10269



### Paying Attention to White Culture and Privilege

SPU Racial Equity Toolkit  ›  ResearchLibrary

Hamai, Steve modified on April 24, 2014

challenges to engaging foundations in exploring **white** privilege and **white culture** in their internal and external racial equity



---



### White Supremacy Culture (and antidotes)

DEI / RSJI Change Team  ›  ....  ›  Resource Library

Dawson-Miller, Jennifer modified on July 21, 2020

---



### White Allies: Resources for Racial Equity

SDOT Change Team  ›  SitePages

Cena, Maekaila modified on September 2, 2020  •  107 views

Robinson 9780143129202 | PenguinRandomHouse.com Books **White** Supremacy **Culture** Characteristics 75 Things **White** People... Workshops Internalized Sexism & **White** Privilege A

---



### Current Culture Results

Debra's Blog  ›  SiteAssets

White, Tony modified on June 29, 2020  •  133 views

---



### WhiteSupremacyCulture

SPU Race & Social Justice Initiative  ›  Research Library

Hunter, Natalie modified on June 25, 2018

See Racism 101 page for more... express a genuine concern that the term "**white** supremacy **culture**" will turn **white** people off,



---



### Patty Narvaez-Wheeler SOCR SDHR Foundations...

Anti-Harassment Impl...  ›  ....  ›  Terms and Definitions

White, Debbie SHR modified on April 15, 2019  •  18 views

In other words it is the... This definition of **culture** also affirms that **culture** is not static or linear, and thus dispels myths that a

---

https://seattlegov.sharepoint.com/_layouts/15/sharepoint.aspx?q=WHITE%20CULTURE&...    2/2/2021

DIEMERT_PROD04_10270



### Strategies for Racial Equity_edited

**SPR Foundations of Change**  >  **....**  >  **Event Handouts**

**Tabares, Desiree** modified on September 25, 2020

For **white** people, a caucus provides time and space to work
explicitly and intentionally on understanding **white culture** and





### Racial-Identity-Caucusing-Crossroads

**SPU Race & Social Justice Initiative**  >  **Research Library**

**Hunter, Natalie** modified on October 30, 2017

shifts in our institutional structure and **culture**, in addition to
building authentic anti-racist partnerships between People of



### December 3 2020

**SDOT_POCA_grp**  >  **....**  >  **Best of the Week Sumbissions**

**McKenzie, Iona** modified on December 9, 2020  •  24 views

**White** solidarity is a big part of **white** supremacy **culture** but it is
really about letting **white** people remain comfortable by not





### Quick Reference Guide for the Foundations of RSJI

**DEI / RSJI Change Team**  >  **Shared Documents**

**Dawson-Miller, Jennifer** modified on September 30...  •  45 views

**Culture** is the life support system of a community... **white**
supremacy **culture** from dismantlingracism.org... A list of





### Creating a Customer-Centric Culture

**Seattle City Light COVID-19 Blog**  >  **....**  >  **Posts**

**White, Tony** modified on April 16, 2020

Seattle City Light is Our Community-Owned Electric Utility Since joining Seattle City Light in
October 2018, I've consistently encouraged all of you, our 1,700+ employees, to reframe...



### Health, Prevention & Culture Fair

**Community Engagement Information**  >  **....**  >  **Events**

**SPU, SharePoint01** modified on July 12, 2013

**White** Center... 8th Ave SW & 99th Ave SW...



### What_is_Internalized_Racism (4)

**SPU Race & Social Justice Initiative**  >  **New RSJ Articles**

DIEMERT_PROD04_10271

 **What_is_Internalized_Racism (4)**
SPU Race & Social Justice Initiative  ›  New RSJ Articles



https://seattlegov.sharepoint.com/_layouts/15/sharepoint.aspx?p=3&q=WHITE%20CULTU...    2/2/2021

SharePoint                                                                   Page 3 of 11



 **WhyPeopleofColorNeedSpacesWithoutWhitePeo...**
SPU Race & Social Justice Initiative  ›  Research Library
Hunter, Natalie modified on August 14, 2018

the United States, I have been angered and baffled by the
responses of **white** people to these spaces... of myself I had cut



 **v2 RSJ Foundation Guide DRAFT Feedback Version**
Anti-Harassment Implementation Core Team  ›  ....  ›  Training
White, Debbie SHR modified on July 3, 2019  •  7 views

Truth #2: We are all a... in ways that counter the individualist,
**white** dominant cultural norms of our institutions that... All of



‹   1   2   **3**   4   5   ›

DIEMERT_PROD04_10272