Hon. Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual, | Civil Action No. 2:22-cv-01640-JNW |
| Plaintiff, | |
| v. | **DECLARATION OF LAURA M. D'AGOSTINO RE: PLAINTIFF'S REPLY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF TIM WISE** |
| THE CITY OF SEATTLE, a municipal corporation, | |
| Defendant. | |

I, Laura D'Agostino, declare as follows:

1. I am an attorney at Pacific Legal Foundation, a public interest law firm. I am counsel of record for Plaintiff, Mr. Diemert. I submit this Declaration in connection with Plaintiff's Reply in Support of Plaintiff's Motion *in Limine* to Exclude Expert Testimony of Tim Wise. The following facts are within my personal knowledge or based on documents and, if called as a witness herein, I can and will competently testify thereto.

2. **Exhibit A** that was attached to Plaintiff's Motion in *Limine* to Exclude Expert Testimony of Tim Wise is a true and accurate copy of a training presentation listed as a "Anti-Racism" Resource on the City of Seattle's website.

Decl. of D'Agostino ISO Reply Mot. to Exclude - 1
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*

3. **Exhibit B** that was attached to Plaintiff's Motion in *Limine* to Exclude Expert Testimony of Tim Wise is a true and accurate copy of excerpts from the deposition of Brian Sharkey, one of the City's 30(b)(6) witnesses, taken on April 15, 2024.

4. **Exhibit C** that was attached to Plaintiff's Motion in *Limine* to Exclude Expert Testimony of Tim Wise is a true and accurate copy of a Race and Social Justice Initiative report created by the Seattle Office for Civil Rights.

5. **Exhibit D** that was attached to Plaintiff's Motion in *Limine* to Exclude Expert Testimony of Tim Wise is a true and accurate copy of excerpts from the deposition of Plaintiff Joshua Diemert, taken on March 22, 2024.

6. **Exhibit E** that was attached to Plaintiff's Motion in *Limine* to Exclude Expert Testimony of Tim Wise is a true and accurate copy of Tim Wise's expert report.

7. **Exhibit F** that was attached to Plaintiff's Motion in *Limine* to Exclude Expert Testimony of Tim Wise is a true and accurate copy of excerpts from the deposition of Tim Wise taken on June 5, 2024.[1]

8. **Exhibit G** attached to this declaration is a true and accurate copy of additional excerpts from the deposition of Tim Wise, taken on June 5, 2024.

9. **Exhibit H** attached to this declaration is a true and accurate copy of additional excerpts from the deposition of Plaintiff Joshua Diemert, taken on March 22, 2024.

10. **Exhibit I** attached to this declaration is a true and accurate copy of an excerpt from the third edition of Tim Wise's book, *White Like Me*.

---

[1] Within Plaintiff's original Motion in *Limine*, Plaintiff referred to "Exhibit E" as Tim Wise's expert report and "Exhibit F" as the excerpts from the deposition of Tim Wise. However, Wise's report was not included among the exhibits and the deposition excerpts were mistakenly labeled as "Exhibit E." Plaintiff has now filed a praecipe with the Court (*see* ECF No. 77) to correct this exhibit error.

Decl. of D'Agostino ISO Reply Mot. to Exclude - 2
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*

DATED: Sept. 13, 2024.

*s/ Laura M. D'Agostino*
LAURA M. D'AGOSTINO
Virginia Bar No. 91556 *
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
LDAgostino@pacificlegal.org

*Counsel for Plaintiff*
*\* Pro hac vice*

Decl. of D'Agostino ISO Reply Mot. to Exclude - 3
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*