Hon. Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF SEATTLE, a municipal corporation,<br><br>    Defendant. | Civil Action No. 2:22-cv-01640-JNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE**<br><br>**Note on motion calendar Nov. 27, 2024** |

    1.    The parties jointly move the Court for a 12-day extension of the deadline for filing motions in limine.

    2.    Trial in this matter is set to begin January 13, 2025.

    3.    Motions in limine are currently due December 4, 2024.

    4.    Defendant's Motion for Summary Judgment is currently pending with the Court. The parties anticipate that the Court's ruling may impact the arguments they wish to make.  In the interest of avoiding unnecessary briefing, the parties request a brief extension of this deadline so they may have the benefit of the Court's ruling when preparing their motions.

Jt. Mot. for Ext. of Time to File Motions in Limine - 1
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*
4908-9927-8081v.1 0002348-000031

5. The parties request that the deadline be extended 12 days, so that motions in limine are due on December 16, 2024.

6. The parties agree they will not seek an additional extension of this deadline, regardless of the date or contents of the Court's anticipated ruling.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 27th day of November, 2024.

| PACIFIC LEGAL FOUNDATION | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *Attorneys for Plaintiff Joshua A. Diemert* | *Attorneys for Defendant City of Seattle* |

<u>s/ Laura M. D'Agostino</u>
LAURA M. D'AGOSTINO
Virginia Bar No. 91556 *
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
LDAgostino@pacificlegal.org

<u>s/ Andrew R. Quinio</u>
ANDREW R. QUINIO
California Bar # 288101 *

<u>s/ Erin E. Wilcox</u>
ERIN E. WILCOX
California Bar # 337427 *
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
AQuinio@pacificlegal.org
EWilcox@pacificlegal.org

<u>s/ Wesley P. Hottot</u>
WESLEY P. HOTTOT, WSBA # 47539
1425 Broadway, #429
Seattle, Washington 98122
Telephone: (425) 576-0484
WHottot@pacificlegal.org

<u>s/ Victoria M. Slade</u>
[signature added per authority]
Sheehan Sullivan, WSBA #33189
Victoria M. Slade, WSBA #44597
Darrah N. Hinton, WSBA #53542
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: sulls@dwt.com
Email: vickyslade@dwt.com
Email: darrahhinton@dwt.com

* Pro hac vice

Jt. Mot. for Ext. of Time to File Motions in Limine - 2
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*
4908-9927-8081v.1 0002348-000031

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 3rd day of December, 2024.

Jamal N. Whitehead
United States District Judge

Jt. Mot. for Ext. of Time to File Motions in Limine - 3
2:22-cv-01640-JNW

*Pacific Legal Foundation*
*1425 Broadway, #429*
*Seattle, Washington 98122*
*(425) 576-0484*
4908-9927-8081v.1 0002348-000031