UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, | CASE NO. 2:22-cv-1640 |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The Court raises this matter on its own accord. To promote judicial efficiency and relieve stress on the parties, the Court STRIKES the remaining deadlines and trial date, including the motions in limine deadline. *See* Dkt. Nos. 49, 87. Upon resolution of Defendant City of Seattle's motion for summary judgment, the Court will, if necessary, set a new trial date and pretrial deadlines.

Therefore, the Court DENIES the parties' joint motion for extension of the pretrial dates as moot. *See* Dkt. No. 88.

Dated this 12th day of December, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER - 1