THE HONORABLE JAMAL WHITEHEAD
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA A. DIEMERT, an individual,

                Plaintiff,

v.

THE CITY OF SEATTLE, a municipal corporation,

                Defendant.

No. 2:22-CV-01640-JNW

**DECLARATION OF VICTORIA SLADE IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF COSTS**

Note on Motion Calendar:
Monday, March 24, 2025

VICTORIA M. SLADE declares as follows:

1.      I am an attorney at Davis Wright Tremaine LLP, attorneys of record for Defendant The City of Seattle ("Defendant" or "the City"). I make the statements in this Declaration based on personal knowledge and my review of my law firm's documentation of the costs incurred by Defendant in this case.

2.      The Court granted Defendant's Motion for Summary Judgment and entered judgment against Plaintiff and in favor of Defendant on all claims in this litigation on February 10, 2025. Dkt. Nos. 90 & 91. Defendant now seeks an award of costs pursuant to Federal Rule of Civil Procedure 54(d), LCR 54(d), and other authorities.

3.      Plaintiff deposed ten of Defendant's employees or former employees in this case (*i.e.* the depositions of aNdi Morales, Brandon Kuykendall, Brian Sharkey (30(b)(6)), Chaney Kilpatrick-Goodwill, Gloria Hatcher-Mays, Jason Johnson, Ryan Groce, Shaun Van Eyk, Terry

McLellan (30(b)(6)) and Terry McLellan (individually)), and Defendant took the video deposition of Plaintiff in two volumes.  Attached as **Exhibits 1-8** are copies of the invoices that Defendant paid for the transcripts of eight of these  depositions.  The total cost of the cited deposition transcript pages was $2,197.53.  Defendant cited to all eight deposition transcripts in its summary judgment briefing.  Defendant seeks recovery of these costs under 28 U.S.C. § 1920(2).

4.    The parties engaged in document discovery in this case.  In order to defend itself fully and respond to Plaintiff's discovery requests, Defendant had to collect, process for review, and produce documents—many of which were in the form of electronically stored information ("ESI")—from multiple sources, including Defendant, Plaintiff, and third parties.

5.    Due to the volume of documents and ESI involved in the case, my firm hired Epiq, a litigation support firm, to assist with document discovery and e-discovery.  Attached as **Exhibit 9** is a copy of the invoice for charges that Defendant paid to Epiq, which totaled $16,934.25.  These costs related to work that was performed in a Relativity database including reviewing, analyzing and producing documents responsive to discovery requests.  Defendant seeks recovery of these costs under 28 U.S.C. § 1920(4).

6.    I certify that each of the costs requested in this Declaration is correct and was necessarily incurred in this case and that the services for which fees have been charged were actually and necessarily performed.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2025 at Seattle, Washington.

*/s/ Victoria M. Slade*
Victoria M. Slade, WSBA #44597

DELCARATION OF VICTORIA SLADE IN SUPPORT OF
DEFENDANT'S MOTION FOR BILL OF COSTS - 2
(Case 2:22-CV-01640-JNW)
4901-0745-3722v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

**PACIFIC LEGAL FOUNDATION**
*Attorneys for Plaintiff:*

**Wesley P. Hottot, WSBA #47539**
1425 Broadway, Suite 429
Seattle, WA  98122
Telephone:  425.576.0484
whottot@pacificlegal.org

> Additional Email Address for Service:
> Brien P. Bartels, Legal Secretary
> bbartels@pacificlegal.org

**Laura M. D'Agostino, Virginia Bar #91556**
*Admitted Pro Hac Vice*
3100 Clarendon Boulevard, Suite 1000
Arlington, VA  22201
Telephone:  916.503.9010
ldagostino@pacificlegal.org

**Andrew R. Quinio, California Bar #288101**
*Admitted Pro Hac Vice*
555 Capitol Mall, Suite 1290
Sacramento, CA  95814
Telephone:  916.419.7111
aquinio@pacificlegal.org

**Erin E. Wilcox, California Bar #337427**
*Admitted Pro Hac Vice*
555 Capital Mall, Suite 1290
Sacramento, CA  95814
Telephone:  916.419.7111
ewilcox@pacificlegal.org

☐ Via Legal Messenger

☐ Via U.S. Mail, postage prepaid

☐ Via Federal Express

☐ Via Facsimile

☒ **Via Electronic Mail, per the Electronic Service Agreement**

☒ **Via CM/ECF**

Declared under penalty of perjury under the laws of the State of Washington.

DATED at Renton, Washington this 3rd day of March, 2025.

_/s/ Greta Nelson_
Greta Nelson, Legal Assistant
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  206.622.3150
gretanelson@dwt.com

DELCARATION OF VICTORIA SLADE IN SUPPORT OF
DEFENDANT'S MOTION FOR BILL OF COSTS - 3
(Case 2:22-CV-01640-JNW)
4901-0745-3722v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT 01

# INVOICE

1 of 1



**NAEGELI**
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35496 | 5/2/2024 | 73957 |

| Job Date | Case No. |
|---|---|
| 4/15/2024 | 2:22-CV-01640-JNW |

| Case Name |
|---|
| Diemert vs. Seattle |

| Payment Terms |
|---|
| Due upon receipt |

Darrah N. Hinton
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

1 COPY OF TRANSCRIPT OF:

Brian Sharkey 30(B)(6) ............................................................... 1,847.55

    Electronic Transcript (E-Tran) ...................................................... 35.00

    Black/White Exhibits ................................................................... 69.75

    Color Exhibits ............................................................................ 122.50

    Shipping and Handling ................................................................. 35.00

                    **TOTAL DUE  >>>**       **$2,109.80**

Location of Job  : Davis Wright Tremaine LLP
                920 5th Avenue, Suite 3300
                Seattle, WA 98104

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web
page, https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this
service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Darrah N. Hinton
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

Job No.    : 73957          BU ID    : NDT
Case No.   : 2:22-CV-01640-JNW
Case Name  : Diemert vs. Seattle

Invoice No.  : 35496         Invoice Date : 5/2/2024
**Total Due  : $2,109.80**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Naegeli Deposition & Trial**
           **111 SW Fifth Avenue**
           **Suite 2020**
           **Portland, OR 97204**



NAEGELI
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 3000 Portland, OR 97204
800-528-3335 | NAEGELIUSA.COM



PORTLAND OR RPDC 972
2 MAY 2024 PM 4 L

US POSTAGE $000.64

ZIP 97204
041M10454725

RECEIVED @ DWT
MAY 04 2024
SERVICES/SEATTLE OFFICE

Darrah N. Hinton
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

98104-161025

# EXHIBIT 02

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 96797 | 3/25/2024 | 77143 |
| Job Date | Case No. | |
| 3/22/2024 | 2:22-CV-01640-JNW | |
| Case Name | | |
| Diemert v. The City of Seattle | | |
| Payment Terms | | |
| Due upon receipt | | |

Victoria M. Slade
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104

VIDEOTAPED DEPOSITION OF
    Joshua Diemert

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 9.00 | Hours | 1,440.00 |
| Videographer Hourly Appearance - After Hours | 1.75 | Hours | 420.00 |
| Laptop Rental | 1.00 | | 100.00 |
| Original Digital Stock | 4.00 | | 80.00 |
| Parking | 1.00 | | 40.00 |
| | **TOTAL DUE  >>>** | | **$2,080.00** |

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104

Invoice No.    : 96797
Invoice Date  : 3/25/2024
**Total Due**    : **$2,080.00**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.     : 77143
BU ID       : VIDEO MAIN
Case No.    : 2:22-CV-01640-JNW
Case Name  : Diemert v. The City of Seattle

| | |
|---|---|
| **From:** | Chrome River Invoices <Invoices@dwt.com> |
| **Sent:** | Tuesday, March 26, 2024 12:17 PM |
| **To:** | Chrome River INVOICE |
| **Subject:** | FW: Buell Realtime Reporting Invoice 96797 - Diemert v. The City of Seattle (witness: Joshua Diemert) VIDEO |
| **Attachments:** | Invoice-96797.pdf |

**From:** Kathy Olson
**Sent:** Tuesday, March 26, 2024 12:16:37 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Chrome River Invoices
**Subject:** Buell Realtime Reporting Invoice 96797 - Diemert v. The City of Seattle (witness: Joshua Diemert) VIDEO

**[EXTERNAL]**

Buell Realtime Reporting invoice attached.

Please respond to this email if you would prefer to receive your invoices via standard mail.  If there is a legal assistant or someone else in your firm you would like us to direct invoices to, provide the contact information, and we will program our system accordingly.

WE ACCEPT ALL MAJOR CREDIT CARDS
PAY ONLINE HERE

We appreciate your business!

BUELL REALTIME REPORTING
SEATTLE: 206.287.9066 | TACOMA: 253.235.0111 | NATIONAL: 800.846.6989
BUELL REALTIME REPORTING, LLC
www.buellrealtime.com

# EXHIBIT 03

# INVOICE

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99942 | 6/27/2024 | 79206 |
| **Job Date** | **Case No.** | |
| 6/12/2024 | 2:22-CV-01640-JNW | |
| **Case Name** | | |
| Diemert v. The City of Seattle | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Victoria M. Slade
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Joshua Diemert - Vol. II | 315.00 | Pages | 1,685.25 |
| Attendance Fee | 8.50 | Hours | 722.50 |
| Attendance Fee After Hours | 0.25 | Hours | 31.88 |
| Electronically Certified Transcript: E-Tran and PDF Format | 1.00 | | 50.00 |
| Exhibit Processing (Including Production of Original Exhibits) | 158.00 | | 140.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$2,649.63** |

## LOCALLY OWNED I CERTIFIED I PERSONAL SERVICE

We appreciate your business!

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript. Your transcript charges will be reduced by 0.40/per page, in addition to any associated delivery fee. If needed at a future date for filing with the court, the physical sealed original transcript may be requested for delivery.

**Please notify us prior to the transcript's completion if you would like to decline the physical sealed original transcript.**

Once the transcript has been completed, standard turnaround for the physical sealed original transcript is 3-5 business days. As always, expedited delivery will be available if needed sooner.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104

Invoice No.   : 99942
Invoice Date  : 6/27/2024
**Total Due**    : **$2,649.63**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.   : 79206
BU ID     : MAIN
Case No.  : 2:22-CV-01640-JNW
Case Name : Diemert v. The City of Seattle

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99942 | 6/27/2024 | 79206 |

| Job Date | Case No. |
|---|---|
| 6/12/2024 | 2:22-CV-01640-JNW |

| Case Name |
|---|
| Diemert v. The City of Seattle |

| Payment Terms |
|---|
| Due upon receipt |

Victoria M. Slade
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104

Invoice No.   : 99942
Invoice Date : 6/27/2024
**Total Due**   : **$2,649.63**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 79206
BU ID      : MAIN
Case No.   : 2:22-CV-01640-JNW
Case Name  : Diemert v. The City of Seattle

| From: | Chrome River Invoices <Invoices@dwt.com> |
|---|---|
| Sent: | Monday, July 01, 2024 10:48 AM |
| To: | Chrome River INVOICE |
| Subject: | FW: Buell Realtime Reporting Invoice 99942 – Diemert v. The City of Seattle (witness: Joshua Diemert - Vol. II) |
| Attachments: | Invoice-99942.pdf |

**From:** Kathy Olson
**Sent:** Monday, July 1, 2024 10:48:15 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Chrome River Invoices
**Subject:** Buell Realtime Reporting Invoice 99942 – Diemert v. The City of Seattle (witness: Joshua Diemert – Vol. II)

**[EXTERNAL]**

Buell Realtime Reporting invoice attached.

Please respond to this email if you would prefer to receive your invoices via standard mail. If there is a legal assistant or someone else in your firm you would like us to direct invoices to, provide the contact information, and we will program our system accordingly.

WE ACCEPT ALL MAJOR CREDIT CARDS
PAY ONLINE HERE

We appreciate your business!

BUELL REALTIME REPORTING
SEATTLE: 206.287.9066 | TACOMA: 253.235.0111 | NATIONAL: 800.846.6989
BUELL REALTIME REPORTING, LLC
www.buellrealtime.com

1

# EXHIBIT 04



**NAEGELI**
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35917 | 5/6/2024 | 73959 |
| **Job Date** | **Case No.** | |
| 4/17/2024 | 2:22-CV-01640-JNW | |
| **Case Name** | | |
| Diemert vs. Seattle | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

1 COPY OF TRANSCRIPT OF:

| Terry McLellan | | 850.20 |
|---|---|---|
| Electronic Transcript (E-Tran) | | 35.00 |
| Black/White Exhibits | | 35.25 |
| Shipping and Handling | | 35.00 |
| | TOTAL DUE >>> | $955.45 |

Location of Job   : Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web
page, https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this
service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

| | | | |
|---|---|---|---|
| Job No. | : 73959 | BU ID | : NDT |
| Case No. | : 2:22-CV-01640-JNW | | |
| Case Name | : Diemert vs. Seattle | | |
| Invoice No. | : 35917 | Invoice Date | : 5/6/2024 |
| **Total Due** | : **$955.45** | | |

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |





NAEGELI
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

PORTLAND OR 972
6 MAY 2024 PM 5 L

quadient
05/06/2024
US POSTAGE $000.64⁰

ZIP 97204
041M10454725

Diemer

RECEIVED @ DWT
MAY 09 2024
SERVICES/SEATTLE OFF

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

98104-161025

# EXHIBIT 05



**NAEGELI**
DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| C17032 | 6/17/2024 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $2,155.35 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$2,155.35** |

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 5/6/2024 | 35914 | 2,155.35 | 73958 | 4/16/2024 | Terry McLellan, 30(B)(6) | Diemert vs. Seattle |

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

Account No.  : C17032

Date          : 6/17/2024

**Total Due**  : **$2,155.35**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:            Phone#: | | | |
| Billing Address: | | | |
| Zip:            Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

# I N V O I C E

1 of 2



**NAEGELI**
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35914 | 5/6/2024 | 73958 |
| Job Date | Case No. | |
| 4/16/2024 | 2:22-CV-01640-JNW | |
| Case Name | | |
| Diemert vs. Seattle | | |
| Payment Terms | | |
| Due upon receipt | | |

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

---

1 COPY OF TRANSCRIPT OF:

|  |  |
|---|---|
| Terry McLellan, 30(B)(6) | 1,051.85 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 45.00 |
| Color Exhibits | 10.50 |

1 COPY OF TRANSCRIPT OF:

|  |  |
|---|---|
| Terry McLellan, as Individual | 855.65 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 45.00 |
| Color Exhibits | 10.50 |
| Shipping and Handling | 35.00 |

## PAST DUE

**TOTAL DUE   >>>        $2,123.50**

Location of Job    : Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web
page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

|  |  |  |  |
|---|---|---|---|
| Job No. | : 73958 | BU ID | : NDT |
| Case No. | : 2:22-CV-01640-JNW | | |
| Case Name | : Diemert vs. Seattle | | |
| Invoice No. | : 35914 | Invoice Date | : 5/6/2024 |
| **Total Due** | : **$2,155.35** | | |

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**



**NAEGELI**
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

# I N V O I C E

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35914 | 5/6/2024 | 73958 |

| Job Date | Case No. |
|---|---|
| 4/16/2024 | 2:22-CV-01640-JNW |

| Case Name |
|---|
| Diemert vs. Seattle |

| Payment Terms |
|---|
| Due upon receipt |

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

---

service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

| | |
|---|---|
| ( - ) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 31.85 |
| (=) New Balance: | **$2,155.35** |

# PAST DUE

---

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

| | | | |
|---|---|---|---|
| Job No. | : 73958 | BU ID | : NDT |
| Case No. | : 2:22-CV-01640-JNW | | |
| Case Name | : Diemert vs. Seattle | | |
| Invoice No. | : 35914 | Invoice Date | : 5/6/2024 |
| **Total Due** | : **$2,155.35** | | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# EXHIBIT 06



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32721 | 2/23/2024 | 72115 |
| **Job Date** | **Case No.** | |
| 2/6/2024 | 2:22-CV-01640-JNW | |
| **Case Name** | | |
| Diemert vs. Seattle | | |
| **Payment Terms** | | |
| Due upon receipt | | |

NAEGELI
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

Darrah N. Hinton
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

| 1 COPY OF TRANSCRIPT OF: | |
|---|---|
| Brandon Kuykendall | 719.10 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 62.25 |
| Color Exhibits | 68.25 |
| Shipping and Handling | 35.00 |
| **TOTAL DUE >>>** | **$919.60** |

Location of Job : Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

THANK YOU FOR YOUR BUSINESS! **PAST DUE**

For your convenience, Naegeli accepts payment on our website. You can visit our web
page, https://www.naegeliusa.com/make-a-payment, to pay by credit card. There is no additional processing fee for this
service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 13.79 |

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Darrah N. Hinton
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

| Job No. | : 72115 | BU ID | : NDT |
|---|---|---|---|
| Case No. | : 2:22-CV-01640-JNW | | |
| Case Name | : Diemert vs. Seattle | | |

Invoice No. : 32721          Invoice Date : 2/23/2024
**Total Due** : **$933.39**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32721 | 2/23/2024 | 72115 |
| **Job Date** | **Case No.** | |
| 2/6/2024 | 2:22-CV-01640-JNW | |
| **Case Name** | | |
| Diemert vs. Seattle | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**NAEGELI**
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

Darrah N. Hinton
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

(=) **New Balance:**          **$933.39**

# PAST DUE

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 72115 | BU ID | : NDT |
| Case No. | : 2:22-CV-01640-JNW | | |
| Case Name | : Diemert vs. Seattle | | |

Darrah N. Hinton
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

Invoice No.  : 32721          Invoice Date : 2/23/2024
**Total Due** : **$933.39**

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# EXHIBIT 07

# INVOICE

1 of 1



**NAEGELI**
DEPOSITION & TRIAL
111 SW 8th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32720 | 2/23/2024 | 72115 |
| **Job Date** | **Case No.** | |
| 2/6/2024 | 2:22-CV-01640-JNW | |
| **Case Name** | | |
| Diemert vs. Seattle | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

1 COPY OF TRANSCRIPT OF:
    Chaney Kilpatrick-Goodwill

      Electronic Transcript (E-Tran)

      Black/White Exhibits

      Shipping and Handling

|  |  |
|---|---|
| | 521.70 |
| | 35.00 |
| | 9.00 |
| | 35.00 |
| **TOTAL DUE  >>>** | **$600.70** |

Location of Job  : Davis Wright Tremaine LLP
               920 5th Avenue, Suite 3300
               Seattle, WA 98104

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website. You can visit our web page, https://www.naegeliusa.com/make-a-payment, to pay by credit card. There is no additional processing fee for this service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

---

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

Job No.     : 72115       BU ID    : NDT
Case No.   : 2:22-CV-01640-JNW
Case Name : Diemert vs. Seattle

Invoice No.  : 32720       Invoice Date : 2/23/2024
**Total Due**  : **$600.70**

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Naegeli Deposition & Trial**
         **111 SW Fifth Avenue**
         **Suite 2020**
         **Portland, OR 97204**

# NAEGELI
## DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

quadient
02/23/2024
US POSTAGE $000.64

FIRST-CLASS MAIL

ZIP 97204
041M10454725

RECEIVED @ DWT

FEB 26 2024

SERVICES/SEATTLE OFFICE

Dieme

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

98104$1610 C069

# EXHIBIT 08

# INVOICE

1 of 2



## NAEGELI
### DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 33261 | 2/29/2024 | 72030 |
| **Job Date** | **Case No.** | |
| 2/7/2024 | 2:22-CV-01640-JNW | |
| **Case Name** | | |
| Diemert vs. Seattle | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

---

| | |
|---|---:|
| 1 COPY OF TRANSCRIPT OF: | |
| Jason Johnson | 413.60 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 6.00 |
| 1 COPY OF TRANSCRIPT OF: | |
| Ryan Groce | 1,052.80 |
| Electronic Transcript (E-Tran) | 35.00 |
| Black/White Exhibits | 44.25 |
| Color Exhibits | 45.50 |
| Shipping and Handling | 35.00 |
| **TOTAL DUE  >>>** | **$1,667.15** |

Location of Job   : Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web
page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this
service.

Tax ID: 93-1079908

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

Job No.       : 72030            BU ID        : NDT
Case No.     : 2:22-CV-01640-JNW
Case Name  : Diemert vs. Seattle

Invoice No.  : 33261            Invoice Date  : 2/29/2024
**Total Due**  : **$1,667.15**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 33261 | 2/29/2024 | 72030 |
| **Job Date** | **Case No.** | |
| 2/7/2024 | 2:22-CV-01640-JNW | |
| **Case Name** | | |
| Diemert vs. Seattle | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**NAEGELI**
DEPOSITION & TRIAL
111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

| | |
|---|---|
| Job No. | : 72030    BU ID    : NDT |
| Case No. | : 2:22-CV-01640-JNW |
| Case Name | : Diemert vs. Seattle |

Invoice No.  : 33261          Invoice Date : 2/29/2024
**Total Due**  : **$1,667.15**

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



## NAEGELI
### DEPOSITION *&* TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

quadient
02/29/2024
US POSTAGE **$000.64º**

FIRST-CLASS MAIL

ZIP 97204
041M10454725

RECEIVED @ DWT

MAR 02 2024

SERVICES/SEATTLE OFFICE



Victoria M. Slade
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
T: 206-622-3150  F: 206-757-7700

98104$1610 C069

# EXHIBIT 09



# Invoice

Page 1 of 3

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

| Remit to |
|---|
| Epiq eDiscovery Solutions<br>PO Box 674637<br>Dallas, TX 75267-4637 | For billing questions, call 913-621-9980<br>or billing@epiqglobal.com |

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:      043000096
ACH Routing:       031207607
Acct No:           8026542429
SWIFT:             PNCCUS33

| Bill-To |
|---|
| Davis Wright Tremaine LLP<br>Attn: Trevor Pryhorocki<br>1300 SW Fifth Avenue<br>Portland OR 97201-5667 |

| Information | | | |
|---|---|---|---|
| Invoice No. | 90855784 | Invoice Date | 06/08/2024 |
| Purchase Order No. | | | |
| Customer No. | 1001423 | | |
| Currency | USD | | |
| Contract No. | 40073807 | | |
| Contract Description | DWT Diemert v City of Seattle DRS | | |
| Terms of Payment | Net due in 30 days | | |

| Comments |
|---|
| Services from April 22nd 2024 to May 26th 2024 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| DRS210 | First Level Reviewer | 162.750 | H | 45.0000 | 7,323.75 |
| DRS310 | Review Manager | 27.300 | H | 135.0000 | 3,685.50 |
| DRS312 | Team Lead | 79 | H | 75.0000 | 5,925.00 |
| | **Total Amount Due** | | | | 16,934.25 |

| Open Items for Contract 40073807 as of 06/10/2024 | | | | | |
|---|---|---|---|---|---|
| **Trans. Date** | **Type** | **Reference** | **Due Date** | **Amount** | **Curr.** |
| 06/08/2024 | Invoice | 90855784 | 07/08/2024 | 16,934.25 | USD |
| | | | Total: | 16,934.25 | USD |



CONFIDENTIAL

| Employee | Code | Activity | Date | Hrs | Description |
|---|---|---|---|---|---|
| Edward Perez | DRS210 | | 04/23/2024 | 2.75 | Regular |
| Edward Perez | DRS210 | | 04/24/2024 | 5.50 | Regular |
| Edward Perez | DRS210 | | 04/24/2024 | 3.25 | Regular |
| Edward Perez | DRS210 | | 04/25/2024 | 5.25 | Regular |
| Edward Perez | DRS210 | | 04/25/2024 | 3.75 | Regular |
| Edward Perez | DRS210 | | 04/26/2024 | 4.25 | Regular |
| Edward Perez | DRS210 | | 04/26/2024 | 4.00 | Regular |
| Edward Perez | DRS210 | | 04/29/2024 | 8.25 | Regular |
| Edward Perez | DRS210 | | 04/30/2024 | 3.00 | Regular |
| Edward Perez | DRS210 | | 04/30/2024 | 5.25 | Regular |
| Edward Perez | DRS210 | | 05/01/2024 | 3.50 | Regular |
| Edward Perez | DRS210 | | 05/01/2024 | 4.50 | Regular |
| Edward Perez | DRS210 | | 05/02/2024 | 8.50 | Regular |
| Edward Perez | DRS210 | | 05/03/2024 | 0.50 | Regular |
| Everett Carrell | DRS210 | | 04/23/2024 | 1.00 | Regular |
| Everett Carrell | DRS210 | | 04/23/2024 | 5.50 | Regular |
| Everett Carrell | DRS210 | | 04/24/2024 | 10.00 | Regular |
| Everett Carrell | DRS210 | | 04/25/2024 | 10.00 | Regular |
| Everett Carrell | DRS210 | | 04/26/2024 | 10.00 | Regular |
| Everett Carrell | DRS210 | | 04/29/2024 | 10.00 | Regular |
| Everett Carrell | DRS210 | | 04/30/2024 | 10.00 | Regular |
| Everett Carrell | DRS210 | | 05/01/2024 | 10.00 | Regular |
| Everett Carrell | DRS210 | | 05/02/2024 | 0.50 | Regular |
| Mathew Burge | DRS210 | | 04/23/2024 | 0.50 | Regular |
| Mathew Burge | DRS210 | | 04/29/2024 | 8.00 | Regular |
| Mathew Burge | DRS210 | | 04/30/2024 | 8.00 | Regular |
| Mathew Burge | DRS210 | | 05/01/2024 | 8.00 | Regular |
| Mathew Burge | DRS210 | | 05/02/2024 | 3.75 | Regular |
| Mathew Burge | DRS210 | | 05/03/2024 | 5.25 | Regular |
| | **DRS210** | | | **Total 162.75** | |
| Michael Daniell | DRS310 | REV - Project Manager | 04/23/2024 | 3.80 | DWT Project Seattle - Review of protocol, workspace updates, fields, choices, etc., communications with team regarding workflow, protocol content, communications with client regarding same, training session. |
| Michael Daniell | DRS310 | REV - Project Manager | 04/24/2024 | 3.00 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to questions, communications with team and TL regarding same. |
| Michael Daniell | DRS310 | REV - Project Manager | 04/25/2024 | 3.00 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to questions, communications with team and TL regarding same. |
| Michael Daniell | DRS310 | REV - Project Manager | 04/26/2024 | 4.00 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to questions, communications with team and TL regarding same. |
| Michael Daniell | DRS310 | REV - Project Manager | 04/29/2024 | 3.00 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to |

# Time Detail

| Employee | Code | Activity | Date | Hrs | Description |
|---|---|---|---|---|---|
| | | | | | questions, communications with team and TL regarding same. |
| Michael Daniell | DRS310 | REV - Project Manager | 04/30/2024 | 3.00 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to questions, communications with team and TL regarding same. |
| Michael Daniell | DRS310 | REV - Project Manager | 05/01/2024 | 3.00 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to questions, communications with team and TL regarding same. |
| Michael Daniell | DRS310 | REV - Project Manager | 05/02/2024 | 3.00 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to questions, communications with team and TL regarding same. |
| Michael Daniell | DRS310 | REV - Project Manager | 05/03/2024 | 1.50 | DWT Project Seattle - Generated and updated QC/QA workflows, searches, samples, monitored team and individual output, overturns and confirmations, provided feedback and responded to questions, communications with team and TL regarding same. |
| | **DRS310** | | | **Total 27.30** | |
| Marah Friesen | DRS312 | | 04/22/2024 | 0.50 | Regular |
| Marah Friesen | DRS312 | | 04/23/2024 | 4.00 | Regular |
| Marah Friesen | DRS312 | | 04/24/2024 | 1.50 | Regular |
| Marah Friesen | DRS312 | | 04/24/2024 | 8.25 | Regular |
| Marah Friesen | DRS312 | | 04/25/2024 | 3.00 | Regular |
| Marah Friesen | DRS312 | | 04/25/2024 | 6.25 | Regular |
| Marah Friesen | DRS312 | | 04/26/2024 | 4.25 | Regular |
| Marah Friesen | DRS312 | | 04/26/2024 | 5.75 | Regular |
| Marah Friesen | DRS312 | | 04/29/2024 | 8.00 | Regular |
| Marah Friesen | DRS312 | | 04/30/2024 | 2.00 | Regular |
| Marah Friesen | DRS312 | | 04/30/2024 | 8.00 | Regular |
| Marah Friesen | DRS312 | | 05/01/2024 | 5.00 | Regular |
| Marah Friesen | DRS312 | | 05/01/2024 | 6.00 | Regular |
| Marah Friesen | DRS312 | | 05/02/2024 | 10.00 | Regular |
| Marah Friesen | DRS312 | | 05/03/2024 | 6.50 | Regular |
| | **DRS312** | | | **Total 79.00** | |