THE HONORABLE JAMAL WHITEHEAD
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SEATTLE, a municipal corporation,<br><br>　　　　　　　　Defendant. | No. 2:22-CV-01640-JNW<br><br>**DECLARATION OF VICTORIA SLADE IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF COSTS**<br><br>Note on Motion Calendar:<br>Monday, March 24, 2025 |

VICTORIA M. SLADE declares as follows:

1. I am an attorney at Davis Wright Tremaine LLP, attorneys of record for Defendant The City of Seattle ("Defendant" or "the City). I make the statements in this Declaration based on personal knowledge and my review of my law firm's documentation of the costs incurred by Defendant in this case. I have further re-reviewed data in connection with this Reply. Based on my review of information and my other personal knowledge, the costs described in this Reply and Declaration are correct, were necessarily incurred, and services charged were actually and necessarily performed.

2. Attached as **Exhibit A** is a true and correct copy of Pacific Legal Foundation's Form 990 covering the year 2023.

3. Plaintiff deposed ten of Defendant's current or former employees in this case, and Defendant took the video deposition of Plaintiff in two volumes. The parties cited to eight of

DELCARATION OF VICTORIA SLADE ISO REPLY ISO DEFENDANT'S MOTION FOR BILL OF COSTS - 1
(Case 2:22-CV-01640-JNW)
4903-1570-8460v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  these deposition transcripts the summary judgment briefing.  In order to determine the

2  recoverable deposition costs, Defendant divided the total cost of each deposition by the number

3  of pages of the complete transcript in order to determine the cost per page.  It then counted the

4  pages from each deposition that the parties cited in their briefs, and multiplied the total by the

5  cost per page to get the total for each deposition.  Using this formula, the total submitted cost of

6  the cited deposition transcript pages was $2,197.53.

7    4.    Defendants incurred docket fees by obtaining documents in this case and in other

8  relevant cases necessary for this litigation.

9    5.    I certify that each of the costs requested in this Declaration is correct and was

10  necessarily incurred in this case and that the services for which fees have been charged were

11  actually and necessarily performed.

12  I declare under penalty of perjury under the laws of the State of Washington and the

13  United States of America that the foregoing is true and correct.

14  Executed this 24 day of March, 2025 at Seattle, Washington.

*/s/ Victoria M. Slade*
Victoria M. Slade, WSBA #44597

DELCARATION OF VICTORIA SLADE ISO REPLY ISO
DEFENDANT'S MOTION FOR BILL OF COSTS - 2
(Case 2:22-CV-01640-JNW)
4903-1570-8460v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

| | |
|---|---|
| **PACIFIC LEGAL FOUNDATION**<br>*Attorneys for Plaintiff:*<br><br>**Wesley P. Hottot, WSBA #47539**<br>1425 Broadway, Suite 429<br>Seattle, WA  98122<br>Telephone:  425.576.0484<br>whottot@pacificlegal.org<br><br>Additional Email Address for Service:<br>Brien P. Bartels, Legal Secretary<br>bbartels@pacificlegal.org<br><br>**Laura M. D'Agostino, Virginia Bar #91556**<br>*Admitted Pro Hac Vice*<br>3100 Clarendon Boulevard, Suite 1000<br>Arlington, VA  22201<br>Telephone:  916.503.9010<br>ldagostino@pacificlegal.org<br><br>**Andrew R. Quinio, California Bar #288101**<br>*Admitted Pro Hac Vice*<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA  95814<br>Telephone:  916.419.7111<br>aquinio@pacificlegal.org<br><br>**Erin E. Wilcox, California Bar #337427**<br>*Admitted Pro Hac Vice*<br>555 Capital Mall, Suite 1290<br>Sacramento, CA  95814<br>Telephone:  916.419.7111<br>ewilcox@pacificlegal.org | ☐ Via Legal Messenger<br><br>☐ Via U.S. Mail, postage prepaid<br><br>☐ Via Federal Express<br><br>☐ Via Facsimile<br><br>☒ **Via Electronic Mail, per the Electronic Service Agreement**<br><br>☒ **Via CM/ECF** |

DATED this 24 day of March, 2025.

*/s/ Lorrie Salinas-Malins*
Lorrie Salinas-Malins, Legal Assistant

DELCARATION OF VICTORIA SLADE ISO REPLY ISO DEFENDANT'S MOTION FOR BILL OF COSTS - 3
(Case 2:22-CV-01640-JNW)
4903-1570-8460v.2 0002348-000031

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax