UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSHUA A. DIEMERT, an individual,

Plaintiff - Appellant,

v.

CITY OF SEATTLE, a municipal Corporation,

Defendant - Appellee.

No. 25-1188
D.C. No.
2:22-cv-01640-JNW
Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered September 28, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT