UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A. DIEMERT,<br>Plaintiff,<br>v.<br>CITY OF SEATTLE,<br>Defendant. | CASE NO. 2:22-cv-1640<br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report, Dkt. No. 114, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | May 3, 2027 |
| Length of trial | 10 days |
| Parties may re-file updated motions to exclude the expert testimony of Time Wise and Dr. Erec Smith and Devon Westhill. | December 1, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | March 4, 2027 |

| EVENT | DATE |
|---|---|
| All motions in limine must be filed by (*see* LCR 7(d)) | March 24, 2027 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | April 12, 2027 |
| Agreed pretrial order due | April 12, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | April 19, 2027 |
| Pretrial conference | April 26, 2027 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 9th day of November, 2026.

Jamal N. Whitehead
United States District Judge